1  GILBERT L. PURCELL, ESQ., S.B. #113603
   JAMES P. NEVIN, ESQ., S.B. #220816
2  CARRIE LIN, ESQ., S.B. #241849
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

E-Filing

## UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| NIKKI POOSHS, | No. C04-1221 PJH (EMC) |
| Plaintiff-Appellant, | STIPULATED ORDER GRANTING APPELLANT/PLAINTIFF'S MOTION TO TAKE TESTIMONY OF NIKKI POOSHS PURSUANT TO F.R.C.P. SEC. 27(b) |
| vs. | |
| ALTRIA GROUP, INC., et al., | |
| Defendants-Respondents. | Hearing Date: Wednesday, October 25, 2006<br>Hearing Time: 10:30 a.m.<br>Courtroom: C<br>Judge: Hon. Edward M. Chen |

Plaintiff - Appellant's motion to preserve her testimony pursuant to Federal Rules of Civil Procedure Rule 27(b) came on for hearing on October 25, 2006, in the above-referenced Court, the Honorable Edward M. Chen, United States Magistrate Judge, presiding.

As a result of meet and confer efforts, the parties have stipulated to the following:

1. Plaintiff will take her trial preservation direct testimony on November 14, 2006, with the understanding that it will take approximately one day to complete;

2. Defense counsel will take a discovery deposition of plaintiff from November 20, 2006, to November 22, 2006, and continuing as necessary, but with the understanding that it will take approximately three days to complete;

///

///

1      3.      Plaintiff will appear for a defense mental examination on or about December 2, 2006, subject to availability of both plaintiff and examiners, but with the understanding that it will take approximately one day to complete;

4      4.      Defense counsel will conduct a trial preservation cross-examination on December 11, 2006, and continuing as necessary, but with the understanding that it will take approximately one day to complete.

Based on the stipulation, the papers filed, and the hearing of oral arguments, and for good cause shown, Plaintiff-Appellant's Motion is hereby GRANTED pursuant to the stipulated schedule set forth above.

So ORDERED.

Dated: 10/25/06

_____
Edward M. Chen
United States Magistrate Judge

K:\Injured\101462\order-stip-re-tvd-etc..wpd

2

STIPULATED ORDER GRANTING APPELLANT/PLAINTIFF'S MOTION TO TAKE TESTIMONY OF NIKKI POOSHS PURSUANT TO F.R.C.P. SEC. 27(b) - C04-1221 PJH (EMC)