UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKKI POOSHS,

          Plaintiff(s),

  v.

PHILLIP MORRIS USA, INC., et al.,

          Defendant(s).
_____/

No. C 04-1221 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The judgment of the Court of Appeals for the Ninth Circuit remanding this case having been filed on September 4, 2007, and received in this court on September 27, 2007, a Case Management Conference shall be held on **November 1, 2007, at 2:30 p.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

      The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) calendar days prior to the conference.

**SO ORDERED.**

Dated: October 1, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge