1  WILLIAM S. BOGGS, Bar No. 053013
   william.boggs@dlapiper.com
2  BRIAN A. FOSTER, Bar No. 110413
   brian.foster@dlapiper.com
3  TIMOTHY S. BLACKFORD, Bar No. CA-190900
   tim.blackford@dlapiper.com
4  DLA PIPER LLP (US)
   401 B Street, Suite 1700
5  San Diego, CA  92101-4297
   Tel:  619.699.2700
6  Fax:  619.699.2701

7  Attorneys for Defendant
   LORILLARD TOBACCO COMPANY

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 NIKKI POOSHS,                    CASE NO.  3:04-cv-01221-PJH

              Plaintiff,            **NOTICE OF SUBSTITUTION OF
13                                  COUNSEL AND [PROPOSED] ORDER
        v.                          APPROVING SUBSTITUTION**
14
   PHILIP MORRIS USA, INC., et al.,
15
              Defendants.
16

17       TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

18       Please take notice that Defendant Lorillard Tobacco Company ("Lorillard"), hereby

19 substitutes William S. Boggs, Brian A. Foster and Timothy S. Blackford of the law firm of DLA

20 Piper LLP (US) as attorneys of record in the place and stead of Jennifer L. Brown of Shook,

21 Hardy & Bacon L.L.P.  Shook, Hardy & Bacon L.L.P. are hereby withdrawing as counsel of

22 record for Lorillard and all of its related entities in the above-captioned matter.  The clerk's office

23 is requested to make such changes to the docket and to the electronic notification system as are

24 necessary to reflect this withdrawal and substitution of counsel.

25       Copies of all further notices, papers, pleadings, and orders filed or served upon Lorillard

26 should be sent to the undersigned at:

27 /////

28 /////

DLA PIPER LLP (US)
   SAN DIEGO

                                        -1-
WEST\224145652.1    NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER    3:04-CV-01221-PJH

1  William S. Boggs
   Brian A. Foster
2  Timothy S. Blackford
   DLA Piper LLP (US)
3  401 B St., Suite 1700
   San Diego, CA 92101
4  Telephone: (619) 699-2900
   Facsimile: (619) 699-2701
5  william.boggs@dlapiper.com
   brian.foster@dlapiper.com
6  tim.blackford@dlapiper.com

7      Lorillard has been given proper notice pursuant to Civil L.R. 11-5 and further consents to

8  the above substitution.

9  Dated:  August 24, 2011

10                                 LORILLARD TOBACCO COMPANY

11                                 By /s/ Thomas Anderson
12                                    THOMAS ANDERSON

13

14     I have been given proper notice pursuant to Civil L.R. 11-5 and further consent to the

15  above substitution.

16  Dated:  August 24, 2011

17                                 SHOOK, HARDY & BACON L.L.P.

18

19                                 By /s/ Jennifer L. Brown
                                      JENNIFER L. BROWN
20

21     The undersigned hereby consent to this substitution and represent that they have been duly

22  admitted to practice in this District.

23  Dated:  August 24, 2011         DLA PIPER LLP (US)

24

25                                 By /s/ William S. Boggs
                                      WILLIAM S. BOGGS
26                                    BRIAN A. FOSTER
                                      TIMOTHY S. BLACKFORD
27                                    Attorneys for Defendant
                                      LORILLARD TOBACCO COMPANY
28

DLA PIPER LLP (US)
   SAN DIEGO                        -2-
          WEST\224145652.1    NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER    3:04-CV-01221-PJH

1    I hereby certify that M. Kevin Underhill, Randall D. Haimovici and Jennifer L. Brown

2    concur in the e-filing of this document and attest that I have on file original signatures for any

3    signatures indicated by a conformed signature within this e-filed document.

4    Dated:  August 24, 2011

5                                                        DLA PIPER LLP (US)

6

7                                                        By /s/ William S. Boggs
                                                              WILLIAM S. BOGGS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                **[Proposed]** Order

3          The Court hereby approves the substitution of  William S. Boggs, Brian A. Foster and

4    Timothy S. Blackford of the law firm of DLA Piper LLP (US) as counsel for Lorillard in the

5    place and stead of Jennifer L. Brown of Shook, Hardy & Bacon L.L.P.

6          Copies of all further notices, papers, pleading, and order filed or served upon plaintiff,

7    should be sent to:

8                  William S. Boggs
                   Brian A. Foster
9                  Timothy S. Blackford
                   DLA Piper LLP (US)
10                 401 B St., Suite 1700
                   San Diego, CA 92101
11                 Telephone: (619) 699-2900
                   Facsimile: (619) 699-2701
12                 william.boggs@dlapiper.com
                   brian.foster@dlapiper.com
13                 tim.blackford@dlapiper.com

14
     Dated:  August _25__, 2011
15                                         _____
                                           HON. PHYLLIS J. HAMILTON
16                                         Judge of the

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
  San Diego

-4-