GILBERT L. PURCELL, ESQ., CA S.B. #113603
JAMES P. NEVIN, ESQ., CA S.B. #220816
JASON M. ROSE, ESQ., CA S.B. #265984
Email: JRose@braytonlaw.com
BRAYTON♦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
Tel: 415-898-1555
Fax: 415-898-1247

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| NIKKI POOSHS, | Case No. 4:04-cv-01221-PJH |
| Plaintiff, | **FRCP 41(a) STIPULATION FOR DISMISSAL OF DEFENDANT BROWN & WILLIAMSON HOLDINGS, INC. FKA BROWN & WILLIAMSON TOBACCO CORPORATION, WITHOUT PREJUDICE** |
| vs. | |
| PHILIP MORRIS USA, INC., et al., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant BROWN & WILLIAMSON HOLDINGS, INC. FKA BROWN & WILLIAMSON TOBACCO CORPORATION shall be, and hereby are, dismissed without prejudice. Each party to bear its own fees and costs.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: February __29__, 2012 | BRAYTON ◆PURCELL LLP |
| 2 | | |
| 3 | | By: s/ Jason M.Rose |
| 4 | | Jason M. Rose, Esq., CA S.B. #265984<br>Email: JRose@braytonlaw.com |
| 5 | | Tel: 415-898-1555<br>Fax: 415-898-1247 |
| 6 | | Attorneys for Plaintiff |

Dated: February __29__, 2012            JONES DAY

By: _____
Peter N. Larson
Attorneys for Defendant
BROWN & WILLIAMSON HOLDINGS, INC.
FKA BROWN & WILLIAMSON TOBACCO
CORPORATION

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant BROWN & WILLIAMSON HOLDINGS, INC. FKA BROWN & WILLIAMSON TOBACCO CORPORATION are hereby dismissed without prejudice, each party to bear its own fees and costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: ~~February~~ March 2, 2012      By: _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA