Lucy E. Mason (CA Bar No. 196810)
lmason@shb.com
Jennifer L. Brown (CA Bar No. 242254)
jbrown@shb.com
Randall D. Haimovici (CA Bar No. 213635)
rhaimovici@shb.com
Shook Hardy & Bacon L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Phone: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendant
PHILIP MORRIS USA INC.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIKKI POOSHS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALTRIA GROUP, INC., *et al.*<br><br>    Defendants. | Case No. C 04-01221-PJH-JCS<br><br>**STIPULATION REGARDING PRIOR CORPORATE REPRESENTATIVE DEPOSITION TRANSCRIPTS** |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Nikki Pooshs ("Plaintiff") and Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Company, Lorillard Inc., Lorillard Tobacco Company, and Hill and Knowlton, Inc., ("Defendants") (collectively "the Parties") hereby stipulate and agree as follows:

1. Defendants Philip Morris USA Inc., R.J. Reynolds Tobacco Co., and Lorillard Tobacco Company have produced or will produce transcripts of the following prior corporate representative depositions to Plaintiff's counsel in this action:

a. Peter J. Lipowicz, on behalf of Defendant Philip Morris USA Inc., taken on October 12-14 and December 20, 2011, in the *Mary Brown Engle* progeny case pending in Duval County, Florida, sent to Plaintiff's counsel on February 17, 2012;

b. Jeanne V. Bonhomme, on behalf of Defendant Philip Morris USA Inc., taken on October 3-5 and December 15, 2011 in the *Mary Brown Engle* progeny case pending in Duval County, Florida, sent to Plaintiff's counsel on February 17, 2012;

c. Dr. James Figlar, on behalf of Defendant R.J. Reynolds Tobacco Co., taken on June 8-10, August 11-12, and August 15-16, 2011, in the *Mary Brown Engle* progeny case pending in Duval County, Florida, sent to Plaintiff's counsel on February 17, 2012;

d. Dr. Christopher John Cook, on behalf of Defendant R.J. Reynolds Tobacco Co., taken on July 21-22, July 28, and August 17, 2011, in the *Mary Brown Engle* progeny case pending in Duval County, Florida, sent to Plaintiff's counsel on February 17, 2012;

e. Dr. Christopher John Cook, on behalf of Defendant R.J. Reynolds Tobacco Co., taken on September 30, 2011, in the *Halgren Engle* progeny case pending in Highlands County, Florida, not yet sent to Plaintiff's counsel;

f. Dr. Christopher John Cook, on behalf of Defendant R.J. Reynolds Tobacco Co., taken on February 26-27, 2009, in the Gray and *Martin Engle* progeny case, Escambia County, Florida, not yet sent to Plaintiff's counsel;

g. Mr. John Brice O'Brien, on behalf of Defendant R.J. Reynolds Tobacco Co., taken on June 30, July 1, August 2-4, and August 18, 2011, in the *Mary Brown Engle* progeny case pending in Duval County, Florida, sent to Plaintiff's counsel on February 17, 2012;

      h. Edward A. Robinson, on behalf of Lorillard Tobacco Company, taken on March 9, 2011 in the *Tullo v. R.J. Reynolds Tobacco Co.* pending in Palm Beach County, Florida, sent to Plaintiff's counsel on February 23, 2012;

      i. Edward A. Robinson, on behalf of Lorillard Tobacco Company, taken on October 29, and November 10, 2010, in the *Sulcer Engle* progeny case pending in Escambia County, Florida, not yet sent to Plaintiff's counsel;

      j. Victor D. Lindsley, on behalf of Lorillard Tobacco Company, taken on March 10, 2011 in the *Tullo v. R.J. Reynolds Tobacco Co.* pending in Palm Beach County, Florida, sent to Plaintiff's counsel on February 23, 2012; and

      k. Kristy Leung, on behalf of Lorillard Tobacco Company, taken on February 3, and February 4, 2011, in the *Sulcer Engle* progeny case pending in Escambia County, Florida, not yet sent to Plaintiff's counsel.

2. The Parties stipulate that the testimony in the above transcripts will be treated as if the depositions in which they were taken had been convened in this action. Other than objections as to form, the Parties reserve and do not waive any other objections to the admissibility at trial of any testimony in these transcripts.

3. By entering into this stipulation, the Plaintiff intends in no way to limit her rights to offer and/or introduce any evidence at time of trial, including but not limited to, transcripts of prior testimony and associated documentary evidence of present or former employees of Defendants, subject only to and in accord with the Federal Rules of Civil Procedure, Federal Rules of Evidence, or any other applicable statute or regulation. Conversely, Defendants hereby specifically reserve their rights to present objections to any such other proffered testimony or documentary evidence associated with such testimony.

4. Defendants further agree to provide the Plaintiff with complete copies, including video-tapes and all exhibits, of all of the above-mentioned transcripts, not already in the Plaintiff's possession, as Plaintiff has so advised Defendants, within 10 days of the Plaintiff's execution of this stipulation and, where necessary, execution of the applicable protective order.

5. To the extent any portions of the above-listed transcripts are governed by a protective order, Plaintiff agrees to the entry of the same protective order in this case, as to those transcripts. Defendants shall provide Plaintiff with copies of the applicable protective orders.

6. This stipulation may be executed in counterparts and by facsimile.

Dated: March 28, 2012

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____ for
Lucy E. Mason (CA Bar No. 196810)
Jennifer L. Brown (SBN: 242254)
Randall D. Haimovici (SBN: 213635)
SHOOK, HARDY & BACON L.L.P.

Attorneys for Defendant PHILLIP MORRIS USA INC.

Dated: March ___, 2012

JONES DAY

By: _____
Peter N. Larson (SBN: 153448)
Steven N. Geise (SBN: 249969)
Jacqueline Vallette (SBN: 266989)
JONES DAY

Attorneys for Defendant
R. J. REYNOLDS TOBACCO COMPANY

| | |
|---|---|
| Dated: March 28, 2012 | DLA PIPER LLP<br><br>By: _____<br>William S. Boggs (SBN: 53013)<br>Brian A. Foster (SBN: 110413)<br>Timothy S. Blackford (SBN: 190900)<br>DLA PIPER US LLP<br><br>Attorneys for Defendants LORILLARD TOBACCO COMPANY AND LORILLARD INC. |
| Dated: March ___, 2012 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br><br>By: _____<br>Stan G. Roman (SBN: 87652)<br>Tracy M. Clements (SBN: 184150)<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br><br>Attorneys for Defendant HILL & KNOWLTON, INC. |
| Dated: March ___, 2012 | BRAYTON PURCELL<br><br>By: _____<br>Gilbert L. Purcell (SBN: 113603)<br>James P. Nevin, Jr. (SBN: 220618)<br>Jason M. Rose (SBN: 265984)<br>BRAYTON PURCELL<br><br>Attorneys for Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | Dated: March ___, 2012 | DLA PIPER LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | William S. Boggs (SBN: 53013) |
| | | Brian A. Foster (SBN: 110413) |
| 5 | | Timothy S. Blackford (SBN: 190900) |
| | | DLA PIPER US LLP |
| 6 | | Attorneys for Defendants LORILLARD |
| 7 | | TOBACCO COMPANY AND LORILLARD INC. |
| 8 | Dated: March 28, 2012 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |

Dated: March 28, 2012          BRAYTON PURCELL

By: _____
Gilbert L. Purcell (SBN: 113603)
James P. Nevin, Jr. (SBN: 220618)
Jason M. Rose (SBN: 265984)
BRAYTON PURCELL

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/30/12

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE