**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6   NIKKI POOSHS,                              Case No. C04-01221 PJH (JCS)
7            Plaintiff(s),
                                               **ORDER TO MEET AND CONFER AND**
8        v.                                    **FILE JOINT LETTER**
9   PHILLIP MORRIS USA, INC., ET AL.,
10           Defendant(s).
    _____/
11
12       IT IS HEREBY ORDERED that lead trial counsel for Plaintiff, and lead trial counsel for
13   Defendants, shall meet and confer, in person, on **June 15, 2012, at 4:30 p.m.**, at one of the defense
14   counsel's office regarding the letter from Defendants Philip Morris USA, R.J. Reynolds Tobacco
15   Co., and Hill and Knowlton, Inc., to address Defendants' contention that Plaintiff's non-retained
16   experts shold be stricken for failure to provide disclosures.  If there are any remaining issues, a joint
17   letter shall be filed by Tuesday, June 19, 2012.
18       IT IS SO ORDERED.
19
20   Dated:  June 12, 2012
21                                             _____
                                               JOSEPH C. SPERO
22                                             United States Magistrate Judge
23
24
25
26
27
28