GILBERT L. PURCELL, ESQ., CA S.B. #113603
JAMES P. NEVIN, ESQ., CA S.B. #220816
JASON M. ROSE, ESQ., CA S.B. #265984
Email: JRose@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
Tel: 415-898-1555
Fax: 415-898-1247

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| NIKKI POOSHS, | Case No. 4:04-cv-01221-PJH |
| Plaintiff, | STIPULATION FOR DISMISSAL OF DEFENDANT LORILLARD, INC., WITH PREJUDICE; ORDER |
| vs. | |
| PHILIP MORRIS USA, INC., et al., | [FRCP 41(a)] |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant LORILLARD, INC. shall be, and hereby are, dismissed with prejudice. Each party to bear its own fees and costs.

///

///

///

///

///

1  Dated: May 31, 2012                BRAYTON ❖PURCELL LLP

2

3                                      By: _____
                                           Jason M. Rose, Esq., CA S.B. #265984
4                                          Email: JRose@braytonlaw.com
                                           Tel: 415-898-1555
5                                          Fax: 415-898-1247
                                           Attorneys for Plaintiff
6

7

8  Dated: May 31, 2012                DLA PIPER US LLP (US)

9

10                                     By: _____
                                           Brian A. Foster
11                                         Attorneys for Defendant
                                           LORILLARD, INC.
12

13

14       PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against

15  Defendant LORILLARD, INC. are hereby dismissed with prejudice, each party to bear its own

16  fees and costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

17

18

19       June 14
    Dated: ~~May~~ _____, 2012         By: _____
20                                         United States District Judge

21                                         IT IS SO ORDERED
                                           Judge Phyllis J. Hamilton
22

23

24

25

26

27

28

                                           2
FRCP 41(a) STIPULATION FOR DISMISSAL OF DEFENDANT LORILLARD, INC., WITH PREJUDICE;
ORDER, Case No. 4:04-cv-01221-PJH