Stanley D. Davis (admitted *pro hac vice*)
sddavis@shb.com
Jennifer L. Brown (CA Bar No. 242254)
jbrown@shb.com
Randall D. Haimovici (CA Bar No. 213635)
rhaimovici@shb.com
Shook Hardy & Bacon L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Phone: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendant
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIKKI POOSHS,<br><br>            Plaintiff,<br><br>      vs.<br><br>ALTRIA GROUP, INC., *et al.*<br><br>            Defendants. | Case No. C 04-01221-PJH-JCS<br><br>**[PROPOSED] ORDER GRANTING PARTIES' REQUEST FOR CONTINUANCE OF CERTAIN DEADLINES** |

240575 v1

**[~~PROPOSED~~] ORDER**

The parties have jointly requested a one-week continuance of the deadline to file their proposed joint and separate jury instructions, joint voir dire questions, and verdict forms, from November 1, 2012 to November 8, 2012.

Good cause being shown, the Court rules that the parties' request is GRANTED.

Proposed joint and separate jury instructions, joint voir dire questions, and verdict forms will now be filed and served no later than November 8, 2012.

IT IS SO ORDERED.

Dated: 10/30/12



_____
HAMILTON
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE
CASE NO. C 04-01221-PJH-JCS

240575 v1