**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   NIKKI POOSHS,

11            Plaintiff,                      No. C 04-1221 PJH

12       v.                                   **ORDER**

13   PHILLIP MORRIS USA, INC., et al.,

14            Defendants.
     _____/

15

16       To the extent that plaintiff's counsel has not hand-delivered chambers copies of

17   plaintiff's oppositions to defendants' motions in limine to the clerk's office by November 16,

18   2012 as previously directed, the copies shall be delivered to the clerk's office no later than

19   9:00 a.m. on Monday, November 19, 2012.

20

21   **IT IS SO ORDERED.**

22   Dated:  November 16, 2012

23                                            _____
                                              PHYLLIS J. HAMILTON
24                                            United States District Judge

25

26

27

28