United States District Court

For the Northern District of California

1

2

3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8  NIKKI POOSHS,

9         Plaintiff,                          No. C 04-1221 PJH

10        v.                                   **FIFTH FINAL PRETRIAL ORDER**

11  PHILLIP MORRIS USA, INC., et al.,

12        Defendants.

_____/

13

14        Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, this fifth final pretrial

15  order is hereby entered and shall control the course of the trial, along with the December 5,

16  2012 preliminary final pretrial order, the February 13, 2013 second final pretrial order, the

17  July 19, 2013 third final pretrial order, and the February 20, 2014 fourth final pretrial order,

18  as revised on April 2, 2014, unless modified by a subsequent order.

19        1.      Amended fourth final pretrial order

20        Concurrently with the filing of this fifth final pretrial order, the court files an amended

21  fourth final pretrial order to correct the typographical errors in the February 20, 2014 fourth

22  final pretrial order (which shall be designated as stricken on the docket), pertaining to CACI

23  430 and 435.

24        2.       Remaining disputed jury instructions

25               a.      Elements of concealment

26        As stated at the March 27, 2014 pretrial conference, the court will give the 2014

27  versions of CACI 1907 and CACI 1908 (which incorporates combines the 2013 versions of

28  CACI 1905 and 1908).

**United States District Court**

For the Northern District of California

1    The parties will submit a proposed revised instruction as to CACI 1901

2  (Concealment), subject to plaintiff's submission of an offer of proof and the court's ruling on

3  the evidence, as directed at the March 27, 2014 pretrial conference.  The proposed

4  instruction must be filed within 30 days of the court's ruling on the offer of proof.

5        b.    Express preemption

6    The court will give the following instruction on express preemption:

7    Pursuant to the Surgeon General's directive, warnings appeared on all
    cigarette packages starting July 1, 1969, advising the public of the health

8    consequences of smoking.  You therefore may not base any verdict you
    reach on any claim that after July 1, 1969, the defendant should have

9    provided any additional or more clearly stated warnings on its packages or in
    its advertising or promotional materials.

10        c.    Punitive damages – second phase

11    The court will give CACI 3949 unmodified, including the last sentence.

12    3.    Plaintiff's offer of proof

13    No later than May 27, 2014, plaintiff shall file an offer of proof as to the specific

14  evidence supporting the post-1969 concealment claim.

15    4.    Joint summary of rulings

16    As directed at the hearing, the parties shall meet and confer, and shall submit, no

17  later than May 27, 2014, a joint list of each ruling in the orders at Docs. 229, 288, 289, 310,

18  319, 320, 337, and 364, which are potentially relevant to admissibility of evidence at trial.

19    If the parties are unable to agree on a joint list, they shall submit separate versions.

20  The list or lists shall be submitted to the court on a disk (accompanied by a paper

21  chambers copy).

22    5.    Categorical objections

23    As directed at the hearing, no later than May 27, 2014, the parties shall submit

24  categorical objections – with representative examples – to the witness lists, exhibit lists,

25  written deposition designations, and written discovery designations.  The court will advise

26  the parties thereafter whether it will hold a half-day hearing on the parties' categorical

27  objections, as plaintiff has requested.

28

United States District Court
For the Northern District of California

1      6.      Final jury instructions

2      This order resolves all remaining disputes regarding jury instructions, with the

3 exception of those pertaining to the concealment instruction.  No later than 30 days after

4 the court's ruling on the offer of proof regarding post-1969 concealment, the parties shall

5 file, along with a revised concealment instruction, a final set of jury instructions, numbered

6 sequentially, and omitting references to authorities or to the party submitting the

7 instruction.

8      7.      Verdict form

9      The parties shall jointly prepare a verdict form, to be submitted with the final set of

10 jury instructions.  As discussed at the March 27, 2014 pretrial conference, the verdict form

11 shall include an explanatory instruction regarding the two types of failure to warn – strict

12 liability failure to warn, and negligent failure to warn.

13      8.      Further final pretrial conference

14      Before the trial date is set, the court will convene a further final pretrial conference.

15

16 **IT IS SO ORDERED.**

17 Dated:  April 2, 2014

18                         PHYLLIS J. HAMILTON
                         United States District Judge

3