UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKKI POOSHS,

      Plaintiff,

      v.

PHILLIP MORRIS USA, INC., et al.,

      Defendants.
_____/

No. C 04-1221 PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copy of the Declaration of Colin E. Schreck in support of defendants' categorical objections was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☒ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is <u>too short for the thickness of the document</u>;
- ☐ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;

☐ includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified; or

☐ is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. No later than June 2, 2014, defendanst shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge