UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKKI POOSHS,

        Plaintiff,

   v.

PHILIP MORRIS USA, INC., et al.,

        Defendants.

Case No. 04-cv-1221-PJH

**ORDER RE OBJECTIONS TO EVIDENCE**

The court has reviewed the parties' January 12, 2016 Joint Submission re Pageline Designations and Objections. The court OVERRULES the objections as to the Jupe excerpts at 301:23-303:17, and OVERRULES the objections as to the Gentry excerpts at 265:18-24 and 269:3-11. The court SUSTAINS the remaining objections on at least one of the numerous bases cited for each excerpt designated.

For any similar submission in the future, the parties shall provide a <u>separate</u> proposed order setting forth the objections in a format similar to the two Charts of Objections and Counter-Designations (Docs. 452 at 4-5 and 452-5 at 19-20) included in the January 12, 2016 Joint Submission, on which the court can indicate whether the objections are sustained or overruled.

**IT IS SO ORDERED.**

Dated: January 15, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge