UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NIKKI POOSHS,

Plaintiff,

vs.

ALTRIA GROUP, INC., *et al.*

Defendants.

Case No. C 04-01221-PJH-JCS

**~~PROPOSED~~ ORDER RE: PAGELINE DESIGNATIONS AND OBJECTIONS [DR. COOK]**

Judge: Honorable Phyllis J. Hamilton

The Court has reviewed the parties January 19, 2015 Joint Submission regarding the page and line designations, counter designations and objections to the deposition of Dr. Christopher John Cook taken on July 12, 22, 28 and August 17, 2011. The Courts rulings are as follows:

**I. Christopher John Cook (July 21, 2011 Transcript) (Volume 1)**

**A.** Defendants' Objections to Plaintiff's Designations

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 10:12-12:04 | No objection | |
| 13:08-13:11 | No objection | |
| 13:17-22 | No objection | |
| 24:06-25:25 | No objection | |
| 26:02-26:08 | No objection | |
| 26:11-28:02 | No objection | |

| Plaintiff's Designations (1/6/16) | Defendants' Objections | Court's Ruling |
|---|---|---|
| 28:04-07 | No objection | |
| 29:01-08 | No objection | |
| 29:16-30:06 | No objection | |
| 31:01-09 | No objection | |
| 31:11-31:24 | No objection | |
| 34:8-11; 34:18-35:3 | 1/6/16 Late designation – previously not included in Dkt. 397; Post-1987; 34:8-11 and 34:18 previously excluded by the Court (Dkt. 392) | Sustained |
| 43:14-44:14 | Calls for Legal Conclusion; Beyond the scope of Expertise; Cumulative; Irrelevant; Post-1987 | Sustained |
| 44:15-46:12 | No objection | |
| 46:14-19 | No objection | |
| 51:14-17 | No objection | |
| 51:19-21 | No objection | |
| 51:23-52:08 | No objection | |
| 52:10-52:17 | No objection | |
| 52:19-24 | Lack of Foundation; Speculative; Unfair Prejudice; Post-1987; Implied Preemption | Sustained |
| 53:1-4; 53:6-10 | Argumentative; Speculative; Unfair Prejudice; Irrelevant; Confusion; Post-1987; Implied Preemption | Sustained |
| 53:13-20; 53:22-54:6 | Argumentative; Speculative; Unfair Prejudice; Irrelevant; Confusion; Post-1987; Implied preemption | Sustained |

60:1 – 60:17 Sustained





65:11 – 16 Sustained

| | Company Documents | |
|---|---|---|



Page 3 is missing

Objection sustained

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 73:14-19; 74:1-3; 74:5-74:23; 75:1-5 | Irrelevant; Cumulative; Hearsay; Document speaks for itself; Meaning or Intent of Company Documents | Sustained |
| 75:08-23<br>76:01-21<br>76:24-77:25<br>78:02-12<br>78:14-79:02<br>79:05-12<br>79:14-22<br>79:24-80:25<br>81:02-17<br>81:19-82:05<br>82:07-11<br>82:17-83:05<br>85:11-20 | No objection | |
| 85:21-86:25 | Irrelevant; Lack of Foundation; Improper designation; Non-Testimonial Material; Cumulative; Unfair Prejudice | Sustained |
| 87:1-88:10<br>88:21-89:10 | No objection | |
| 89:11-22 | No objection | |
| 89:24-90:3 | No objection | |
| 90:10-91:11 | No objection | |
| 91:16 | No Objection | |
| 91:21-92:7 | Irrelevant; Unfair Prejudice; Cumulative; Meaning or Intent of Company Documents; Unsegregated Aggregate Harm; Non-Testimonial Material | Sustained |
| 97:18-98:6 | No objection | |
| 98:7-100:4 | No objection | |
| 100:5-15 | No objection | |
| 100:17-24 | No objection | |

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 101:1-101:19 | No objection | |
| 101:20-102:10 | No objection | |
| 102:11-12 | No objection | |
| 102:13-17 | No objection | |
| 102:19-24 | No objection | |
| 103:2-3 | No objection | |
| 106:10-107:12<br>107:14-108:11<br>108:13-108:13<br>108:15-20<br>108:22-23 | No objection | |
| 109:12-14 | Irrelevant; Unfair Prejudice; Lack of Foundation; Document speaks for itself; Asked and Answered; Vague; Meaning or Intent of Company Documents | Sustained |
| 109:16-20 | Irrelevant; Unfair Prejudice; Lack of Foundation; Document speaks for itself; Vague; Meaning or Intent of Company Documents | Sustained |
| 110:14-19<br>111:15-112:10<br>112:12-13 | No objection | |
| 112:14-17; 112:19-20 | Irrelevant; Lack of Foundation; Document speaks for itself; Cumulative; Unfair Prejudice; Meaning or Intent of Company Documents | Sustained |
| 112:21-113:6 | No objection | |
| 113:7-14; 113:16-19 | Irrelevant; Lack of Foundation; Document speaks for itself; Cumulative; Unfair Prejudice; Meaning or Intent of Company Documents | Sustained |

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 113:21-114:1 | Irrelevant; Lack of Foundation; Cumulative; Unfair Prejudice; Meaning or Intent of Company Documents | Sustained |
| 114:3-8 | Irrelevant; Lack of Foundation; Document speaks for itself; Meaning or Intent of Company Documents | Sustained |
| 114:10-13 | Irrelevant; Lack of Foundation; Document speaks for itself; Express Preemption (Post-July 1, 1969); Meaning or Intent of Company Documents | Sustained |
| 121:19-122:25 | No objection | |
| 123:1-6 | Irrelevant; Unfair Prejudice; Document speaks for itself; Cumulative; Williams/State Farm (Nexus); Meaning or Intent of Company Documents | Sustained |
| 135:16-136:14<br>136:16-137:16<br>139:1-23<br>143:20-144:03<br>144:13-16<br>144:20-145:16<br>145:05-16<br>145:18-146:07<br>146:10-147:11 | No objection | |
| 147:12-19; 147:21-23 | Irrelevant; Lack of Foundation; Document speaks for itself; Cumulative; Unfair Prejudice; Williams/State Farm (Nexus); Meaning or Intent of Company Documents | Sustained |
| 147:24-149:6 | No objection | |

B. Defendants' Counter-Designations and Plaintiff's Objections (Volume 1)

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 50:5-8 | No objection | |
| 50:10-14 | No objection | |
| 54:11-14 | No objection | |
| 54:16-18 | No objection | |

II. Christopher John Cook (July 22, 2011 Transcript) (Volume 2)

A. Defendants' Objections to Plaintiff's Designations (Volume 2)

| *Plaintiff's Designations* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 282:2-283:17<br>283:19-20 | No objection | |

B. Defendants' Counter-Designations and Plaintiff's Objections (Volume 2)

NONE

III. Christopher John Cook (August 9, 2011 Transcript) (Volume 3)

A. Defendants' Objections to Plaintiff's Designations (Volume 3)

NONE

B. **Defendants' Counter-Designations and Plaintiff's Objections (Volume 3)**

| ***Defendants' Counter-Designations*** | ***Plaintiff's Objections*** | ***Court's Ruling*** |
|---|---|---|
| 518:12-519:24 | Irrelevant, cumulative, unfairly prejudicial (403) | Overruled |
| 548:21-24 | No objection | |
| 549:2-6 | No objection | |
| 550:5-551:3 | No objection | |
| 551:5-552:9 | No objection | |
| 552:21-553:22 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 554:17-555:11 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 555:23-556:9 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 556:11-558:14 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 558:16 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 558:18-19 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 558:21-559:14 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 559:16-560:20 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 560:22-561:5 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 562:23-563:11 | No objection | |
| 563:20-564:25 | No objection | |
| 565:3-10 | No objection | |
| 569:19-570:18 | No objection | |
| 570:21-572:22 | No objection | |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 572:24 | No objection | |
| 573:17-574:11 | No objection | |
| 574:15-16 | No objection | |
| 574:18-25 | Irrelevant, unfairly prejudicial (403) | Overruled |
| 575:4-6 | Irrelevant, unfairly prejudicial (403) | Overruled |
| 575:9-10 | Irrelevant, unfairly prejudicial (403) | Overruled |
| 575:12-576:7 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 576:9-24 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 577:1-578:1 | Cumulative; Unfair Prejudice (403); hearsay; Irrelevant; Argumentative; Document speaks for itself; Lack of Foundation; Hearsay; Improper opinion; Meaning or Intent of Company Documents | Sustained |
| 578:3-10 | No objection | |
| 578:12-17 | No objection | |
| 578:19-579:6 | No objection | |
| 579:8-580:11 | No objection | |
| 580:13 | No objection | |
| 614:23-616:15 | No objection | |
| 616:17-22 | No objection | |
| 616:24-617:18 | No objection | |
| 617:20-618:14 | No objection | |
| 618:16-619:2 | No objection | |
| 619:4-14 | No objection | |
| 619:16-622:10 | No objection | |
| 622:12-623:24 | No objection | |
| 624:1-16 | No objection | |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 624:18-625:20 | No objection | |
| 625:23-626:13 | No objection | |
| 626:15-627:6 | Irrelevant, unfairly prejudicial (403) | Sustained |
| 627:8-628:23 | No objection | |
| 628:25-630:13 | No objection | |
| 633:13-634:10 | No objection | |
| 634:12-635:13 | No objection | |
| 635:15-24 | No objection | |
| 636:3-11 | No objection | |
| 636:13-637:14 | No objection | |
| 637:20 | Objection, no question pending | Overruled |
| 637:21-638:6 | No objection | |
| 638:8-639:13 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 639:16-640:2 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 640:5-15 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 640:17 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 640:19-641:5 | Irrelevant, unfairly prejudicial, hearsay, lack of foundation | Sustained |
| 641:7-642:9 | Irrelevant, unfairly prejudicial (403), hearsay, lack of foundation | Sustained |
| 642:17-23 | No objection | |
| 642:25-643:5 | No objection | |
| 643:9-16 | No objection | |
| 643:18-25 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 644:6-645:10 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 645:12-18 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 646:3-11 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 646:19-647:18 | Irrelevant, unfairly prejudicial (403), hearsay | Sustained |
| 647:24-648:8 | No objection | |
| 718:2-719:8 | Irrelevant, unfairly prejudicial (403), design evidence | Overruled |

| *Defendants' Counter-Designations* | *Plaintiff's Objections* | *Court's Ruling* |
|---|---|---|
| 719:12-14 | Irrelevant, unfairly prejudicial (403), design evidence | Overruled |
| 719:16 | Irrelevant, unfairly prejudicial (403), design evidence | Overruled |
| 719:20-720:17 | Irrelevant, unfairly prejudicial (403), design evidence | Overruled |
| 720:25-721:25 | Irrelevant, unfairly prejudicial (403), design evidence | Overruled |

## IV. Christopher John Cook (August 17, 2011 Transcript) (Volume 4)

### A. Defendants' Objections to Plaintiff's Designations (Volume 4)

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 737:14-739:14 | Irrelevant; Lack of Foundation; Unfair Prejudice; Argumentative; Vague; Williams/State Farm (Nexus); Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Cumulative; Nontestimony material; Mischaracterizes prior testimony; Cumulative | Sustained |
| 757:7-19 | Irrelevant; Lack of Foundation; Unfair Prejudice; Asked and Answered; Non-testimony material; Argumentative; Cumulative; Meaning or Intent of Company Documents | Sustained |
| 757:21 | Irrelevant; Unfair Prejudice; Argumentative; Cumulative; Post-1987 | Sustained |

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 808:7-809:16 | Irrelevant; Unfair Prejudice; Inflame; Speculation; Non-testimony material; Design Defect No Longer At Issue In Case; Meaning or Intent of Company Documents | Sustained |
| 809:18-810:3 | Irrelevant; Unfair Prejudice; Non-testimony material; Meaning or Intent of Company Documents; Mischaracterizes testimony | Sustained |
| 810:5-15 | Irrelevant; Unfair Prejudice; Non-testimony material; Meaning or Intent of Company Documents; Post-1987 | Sustained |
| 810:17-811:4 | Irrelevant; Unfair Prejudice; Argumentative; Meaning or Intent of Company Documents; Post-1987 | Sustained |
| 811:6-8 | Irrelevant; Unfair Prejudice; Argumentative; Misleading; Post-1987 | Sustained |
| 927:21-928:4 | Irrelevant; Lack of Foundation; Unfair Prejudice; Williams/State Farm (Nexus); Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Cumulative; Document speaks for itself | Sustained |
| 929:5-9 | Irrelevant; Lack of Foundation; Unfair Prejudice;; Williams/State Farm (Nexus); Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Cumulative | Sustained |
| 937:4-23 | Irrelevant; Unfair Prejudice; Lack of Foundation; Speculative; Argumentative; Cumulative; Williams/State Farm (Lawful conduct); Post-1987; Express Preemption (Post-July 1, 1969); Document speaks for itself; Meaning and intent of company document | Sustained |

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 937:25-938:10 | Irrelevant; Unfair Prejudice; Lack of Foundation; Express Preemption (Post-July 1, 1969); Meaning and intent of company document; First Amendment (Advertising); Williams/State Farm (Nexus) | Sustained |
| 938:12-16 | Irrelevant; Unfair Prejudice; Argumentative; Meaning and intent of company document; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Williams/State Farm (Nexus) | Sustained |
| 938:18-939:1 | Irrelevant; Unfair Prejudice; Lack of Foundation; Argumentative; Express Preemption (Post-July 1, 1969); Meaning and intent of company document; First Amendment (Advertising); Williams/State Farm (Nexus) | Sustained |
| 939:3-6 | Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Williams/State Farm (Nexus) | Sustained |
| 939:8-18 | Irrelevant; Unfair Prejudice; Asked and Answered; Argumentative; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Williams/State Farm (Nexus) | Sustained |
| 939:20-940:2; 940:4-8 | Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Williams/State Farm (Nexus) | Sustained |
| 940:10-18 | Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Lack of Foundation; Williams/State Farm (Nexus) | Sustained |

| *Plaintiff's Designations (1/6/16)* | *Defendants' Objections* | *Court's Ruling* |
|---|---|---|
| 940:20-941:3; 941:5-17; 941:19-942:1 | Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Lack of Foundation; Williams/State Farm (Nexus); Meaning or Intent of Company Documents | Sustained |
| 942:3-10 | Irrelevant; Unfair Prejudice; Argumentative; Inflame; Lack of Foundation; Express Preemption (Post-July 1, 1969); Meaning or Intent of Company Documents | Sustained |
| 942:12-19; 942:21-23 | Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); First Amendment (Advertising); Lack of Foundation; Williams/State Farm (Nexus) | Sustained |

**B. Defendants' Counter-Designations and Plaintiff's Objections (Volume 4)**

NONE

**IT IS SO ORDERED.**

**Dated: January 20, 2016.**

PHYLLIS J. HAMILTON
United States District Judge