UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIKKI POOSHS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALTRIA GROUP, INC., et al.<br><br>    Defendants. | Case No. C 04-01221-PJH-JCS<br><br>PROPOSED ORDER RE: PAGELINE DESIGNATIONS AND OBJECTIONS [DR. LIPOWICZ]<br><br>Judge:  Honorable Phyllis J. Hamilton |

The Court has reviewed the parties January 19, 2015 Joint Submission regarding the page and line designations, counter designations and objections to the deposition of Dr. Peter Lipowicz taken on Oct. 12, 13 2011; December 20, 2011; and May 17, 2012. The Courts rulings are as follows:

I.    Dr. Peter Lipowicz (Oct. 12 &13, 2011, Dec. 20, 2011, May 17, 2012 Transcripts)

A. Defendants' Objections to Plaintiff's Designations

| Plaintiff's Designations | Defendants' Objections | Court's Ruling |
|---|---|---|
| *Lipowicz, Peter 10/12/2011* | | |
| 10:11-16; 11:13-12:10; 17:19-19:22; 20:20-21:14; 26:17-27:12 | No objection | Sustained |
| 32:6-7; 32:10-33:1; 33:4-16; 33:18-34:9; 34:11-12 | Post-1987; Irrelevant; Unfair prejudice; Vague | Sustained |

CASE NO. C 04-01221-PJH-JCS

| Plaintiff's Designations | Defendants' Objections | Court's Ruling |
|---|---|---|
| *Lipowicz, Peter 10/12/2011* | | |
| 39:14-17; 39:19-40:12; 40:14-41:7; 41:9-15 | Post-1987; Irrelevant; Unfair prejudice; Cumulative | Sustained |
| 41:16-19; 41:21-42:3 | Post-1987; Irrelevant; Unfair prejudice; Cumulative; Argumentative | Sustained |
| 42:6-9; 42:11-19 | Post-1987; Irrelevant; Unfair prejudice; Cumulative | Sustained |
| 45:2 | No objection | |
| 45:3-45:14 | Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 45:15-46:10 | No objection | |
| 46:11-46:14; 46:17-47:3 | Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 47:4-12 | No objection | |
| 47:13-20 | Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 47:21-48:2 | No objection | |
| 48:3-48:15 | Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 57:12-58:6 | Incomplete designation; Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 58:7-58:11; 58:13-59:3; 59:5-19; 59:21-60:16; 60:18-61:13; 61:15-22 | Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 62:13-17, 62:20-63:19 | Post-1987; Irrelevant; Unfair prejudice; Argumentative | Sustained |
| 63:20-64:12 | Post-1987; Irrelevant; Unfair prejudice; Implied preemption | Sustained |
| 70:20-71:7; 72:7-75:9; 75:14-77:20; 77:22-78:15; 78:17-80:6; 80:8-20 | No objection | |
| 84:16-88:9 | No objection | |
| 88:13-22; 90:2-91:15; 91:17-92:7; 92:9 | No objection | |
| 92:11-99:16 | No objection | |
| 99:17-100:12 | No objection | |
| 100:13-103:1 | No objection | |

| Plaintiff's Designations | Defendants' Objections | Court's Ruling |
|---|---|---|
| *Lipowicz, Peter 10/12/2011* | | |
| 103:6-104:19; 104:21-107:11 | Unsegregated Aggregate Harm; Design Defect No Longer At Issue In Case; Irrelevant; Unfair prejudice; Hearsay | Sustained |
| 106:9-107:11 | Unsegregated Aggregate Harm; Design Defect No Longer At Issue In Case; Irrelevant; Unfair prejudice | Sustained |
| 113:4-118:19 | No objection | |
| 119:13-120:5 | No objection | |
| 120:6-10, 120:12-20 | Post-1987; Irrelevant; Unfair prejudice | Sustained |
| 133:3-136:2 | No objection | |
| 136:3-5 | Irrelevant; Unfair prejudice | Sustained |
| 136:6-11 | No objection | |
| 136:12-13 | Irrelevant; Unfair prejudice | Sustained |
| 136:14-138:4; 139:2-141:13 | No objection | |
| 156:1-156:7; 156:9-157:7; 157:9-158:1 | Irrelevant; Unfair prejudice; Post-1987; Unsegregated Aggregate Harm; Argumentative | Sustained |
| 158:3-20; 158:22-159:14; 159:16-160:8; 160:10-21; | Irrelevant; Unfair prejudice; Post-1987; Unsegregated Aggregate Harm; Design Defect No Longer At Issue In Case; Argumentative | Sustained |
| 165:19-22; 166:5-167:7; 167:9-170:3 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm; Hearsay | Sustained |
| 170:4-171:15; | No objection | |
| 171:16-172:14; 172:16-173:3; 173:5-22 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm | Sustained |
| 174:1-14; 174:16-175:11; 176:1-15; 177:8-10 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm | Sustained |
| 182:18-185:9 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm | Sustained |
| 185:10-191:18 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm; Hearsay | Sustained |
| 191:19-192:8; 192:10-11 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm; Post-1987 | Sustained |
| 235:2-5; 235:21-238:6; 240:11-243:10; 243:12-21 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm; First Amendment (Freedom to Petition); Due Process (Right to Litigate); Attorney-Client Privilege | Sustained |
| 243:22-247:13 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm | Sustained |

| Plaintiff's Designations | Defendants' Objections | Court's Ruling |
|---|---|---|
| **Lipowicz, Peter 10/12/2011** | | |
| 247:14-17 | Irrelevant; Unfair prejudice; Post-1987; Unsegregated Aggregate Harm | Sustained |
| 259:10-260:18 | Irrelevant; Unfair prejudice; Unsegregated Aggregate Harm; First Amendment (Freedom to Petition); Due Process (Right to Litigate) | Sustained |
| 260:19-264:15 | Irrelevant; Unfair prejudice | Sustained |
| 277:21-279:21 | No objection | |
| 279:22-280:16 | Irrelevant; Unfair prejudice; Argumentative | Sustained |
| 280:17-282:9 | No objection | |
| 282:10-22 | Irrelevant; Unfair prejudice; Argumentative | Sustained |
| 283:1-6; 283:8-22 | Irrelevant; Unfair prejudice; Design Defect No Longer At Issue In Case; Argumentative | Sustained |
| 284:1-285:11; 285:13-286:4 | No objection | |
| 286:5-8; 286:10-287:7; 287:9-288:2 | Irrelevant; Unfair prejudice; Argumentative | Sustained |
| 288:3-288:11; 288:13-289:6; 289:8-290:5; 290:7-291:10; 291:12-292:8 | Post-1987; Irrelevant; Unfair prejudice; Cumulative | Sustained |

| Testimony | Defendants' Objections | Court's Ruling |
|---|---|---|
| **Lipowicz, Peter 10/13/2011** | | |
| 359:8-16 [Begin with "is it correct"] | No objections | |
| 384:7-386:9 | Irrelevant; Unfair prejudice | Overruled |
| 386:18-391:1 | Irrelevant; Unfair prejudice; Non-Lung Cancer Conditions (Addiction) | Overruled |
| 391:2-394:21; 395:1-6 | Irrelevant; Unfair prejudice | Overruled |
| 395:7-13 | No objection | |

| Testimony | Defendants' Objections | Court's Ruling |
|---|---|---|
| **Lipowicz, Peter 5/17/2012** | | |
| 1155:25 (beginning with "Philip") - 1156:2; 1156:4-8; 1156:11-17 | Irrelevant; Unfair Prejudice; Post-1987 | Sustained |
| 1157:14-17 | Irrelevant; Unfair Prejudice; Post-1987; Argumentative; Due Process (Right to Litigate) | Sustained |
| 1160:6-7; 1160:10-16; 1160:19-1161:4; 1161:7-15; 1161:17-20 | Irrelevant; Unfair Prejudice; Post-1987; Design Defect No Longer At Issue In Case | Sustained |

4

| Testimony | Defendants' Objections | Court's Ruling |
|---|---|---|
| *Lipowicz, Peter 5/17/2012* | | |
| 1168:8-15; 1169:14-17; 1169:20-1170:6 | No objection | |
| 1170:7-1170:21; 1170:24-1171:4 | No objection | |
| 1171:5-6; 1171:9-19; 1171:21-1172:2 | Irrelevant; Unfair Prejudice; First Amendment (Freedom to Petition); Express preemption; Argumentative | Overruled |
| 1172:3-8 | No objection | |
| 1172:9; 1172:11-17 | Irrelevant; Unfair Prejudice; First Amendment (Freedom to Petition); Express preemption; Argumentative | Overruled |
| 1172:18-1173:14 | No objection | |

B. Defendants' Counter-Designations and Plaintiff's Objections

| Defendants' Counters | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| **OCTOBER 12, 2011 DEPOSITION (VOL. 1)** | | |
| Errata Sheet to Oct. 12, 2011 Testimony at 115:21 (deleting "IDISA") | No objection | |
| **DECEMBER 20, 2011 DEPOSITION (VOL. 4)** | | |
| 969:12 - 972:16 | No objection | |
| 974:3 - 975:9 | No objection | |
| 980:9 - 981:18 | No objection | |
| 982:20 - 984:7 | No objection | |
| 984:9 - 984:13 | Vague, Ambiguous, Irrelevant, unfairly prejudicial (403) | Overruled |
| 984:15 - 984:19 | Vague, Ambiguous, Irrelevant, unfairly prejudicial (403) | Overruled |
| 984:21 | Vague, Ambiguous, Irrelevant, unfairly prejudicial (403) | Overruled |
| 985:2 - 985:4 | Vague, Ambiguous, Irrelevant, unfairly prejudicial (403) | Overruled |
| 996:9-12; 996:14 | Lacking in foundation, vague, ambiguous, unfairly prejudicial (403) | Overruled |

| Defendants' Counters | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 996:18-20 | Lacking in foundation, vague, ambiguous, unfairly prejudicial (403) | Overruled |
| 996:22 | Lacking in foundation, vague, ambiguous, unfairly prejudicial (403) | Overruled |
| 998:10-17 | No objection | |
| 1016:2-4; 1016:6-9; 1016:11-14 | Design evidence, irrelevant, unfairly prejudicial (403) | Overruled |
| 1019:13 - 1020:14 | No objection | |
| 1020:16 - 1020:20 | No objection | |
| 1023:1 - 1023:9 | No objection | |
| 1023:11 - 1025:9 | No objection | |
| 1025:12 - 1025:15 | No objection | |
| 1025:17 - 1026:6 | No objection | |
| 1026:8-9 | No objection | |
| 1026:10 - 1026:16 | No objection | |
| 1026:19 - 1027:07 | No objection | |
| 1090:11 - 1090:18 | No objection | |
| 1090:20 - 1091:4 (ending with "government") | No objection | |
| 1101:10-11 | No objection | |

IT IS SO ORDERED.

Dated: January 20, 2016.

PHYLLIS J. HAMILTON
United States District Judge

CASE NO. C 04-01221-PJH-JCS