M. Kevin Underhill (Cal. Bar No. 208211)
kunderhill@shb.com
Andrew L. Chang (Cal. Bar No. 222309)
achang@shb.com
Colin E. Schreck (Cal. Bar No. 246284)
cschreck@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:   415.544.1900
Facsimile:   415.391.0281

Pamela J. Yates (Cal Bar No. 137440)
pyates@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue Of The Stars
Los Angeles, California 90067-6048
Telephone:   310.788.1278
Facsimile:   310.229.1878

Attorneys for Defendant
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIKKI POOSHS,<br><br>   Plaintiff,<br><br>vs.<br><br>ALTRIA GROUP, INC., *et al.*<br><br>   Defendants. | Case No. C 04-01221-PJH-JCS<br><br>[~~PROPOSED~~] ORDER REGARDING PHILIP MORRIS USA INC.'S OBJECTIONS TO DIRECT-EXAM EXHIBITS – DR. CUMMINGS |

Defendant Phillip Morris USA Inc. has objected to certain exhibits set forth below that Plaintiff has indicated will be used during the direct examination of K. Michael Cummings.

Upon consideration of all the papers filed and the parties' argument, the Court rules as follows:

| Plaintiff's Exh No | Objections | Court's Ruling |
|---|---|---|
| 26 | **Violates Pretrial Order #6 (design)**; Irrelevant; 403 | overruled |
| 66 | Irrelevant; 403 (as to portions regarding a report on smaller babies); Subject to redaction and rule of completeness regarding excised portions, no further objections | overruled |
| 70 A | Object to portions that: **Violate Pretrial Order #6 (design); Violate Pretrial Order #22 (aggregate harm)** (see 1:15-1:58, 2:05-2:16, 2:16-2:53). Subject to redaction, no further objections | deferred until court sees video |
| 80 | Cumulative | overruled |
| 82 | Cumulative | overruled |
| 105 | Cumulative | overruled |
| 111 | **Violates Pretrial Ruling #22** (aggregate harm); Irrelevant; 403; Hearsay | sustained |
| 135 | **Violates Pretrial Ruling #22** (aggregate harm); Irrelevant; 403; Hearsay | sustained |
| 137 | Subject to redactions agreed on by parties, no further objections | approved ~~sust~~ |
| 172 | Previously excluded by Court as design evidence (Jan. 21, 2016 Tr. at 593-94); **Violates Pretrial Order #6 (design)** | sustained |
| 180 | Irrelevant; 403 | overruled |
| 208 | **Violates Pretrial Order #6** (design) | deferred until court sees video |
| 218 | **Violates Pretrial Order #6** (design); Hearsay; Outside scope of expertise | sustained |
| 228 | **Violates Pretrial Order #6** (design); Irrelevant; Unfair prejudice | sustained |

| Plaintiff's Exh No | Objections | Court's Ruling |
|---|---|---|
| 1631 | Previously excluded by Court (Jan. 22, 2016 Tr., 623-24); **Violates Pretrial Ruling #22** (aggregate harm); Irrelevant; 403; Hearsay | sustained |
| 1765 | Irrelevant; 403; Hearsay | sustained |
| 2023 | Objection and request to redact last sentence on page 5 ("a) What is the lower delivery level beyond which the smoking act is not reinforced?" as **Violate Pretrial Order #6 (design)**; Irrelevant; 403. Subject to redaction, no further objections. (Parties have agreed to all other redactions.) | approved |
| 2317 | Subject to redactions agreed on by parties, no further objections | approved |
| 2393 | Cumulative | overruled |
| 3429 | **Violates Pretrial Order #6 (design)**; Outside scope of expertise; Hearsay | sustained |
| 3535 | Outside scope of expertise; Irrelevant; 403; If objections overruled, request redaction of portions relating to "race" on PT03405-0016-19 and Charts 9 and 10 on PT03405-0043-44 as Irrelevant; 403 | approved |
| 3799 | Cumulative; Subject to Court's ruling on portions to be admitted (PM requests Court admit page labeled PM03681-0010 for completeness); portions **Violate Pretrial Order #6 (design)**; **Violate Pretrial Order #84** (non-lung cancer conditions) | overruled with PM addition |

**IT IS SO ORDERED.**

Dated: 1/25/16

PHYLLIS J. HAMILTON
United States District Judge

3

[PROPOSED] ORDER RE PMUSA'S OBJECTIONS TO CUMMINGS DIRECT EXAM EXHIBITS
CASE NO. C 04-01221-PJH-JCS