UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI POOSHS,<br><br>　　　　　Plaintiff,<br>v.<br>ALTRIA GROUP, INC. *et al.*,<br>　　　　　Defendants. | Case No. C-04-1221 PJH-JCS<br><br>[~~PROPOSED~~] ORDER ON RJR'S OBJECTIONS TO PLAINTIFF'S EXHIBITS TO BE PROFFERED WITH DR. CUMMINGS<br><br>Judge: The Hon. Phyllis J. Hamilton |

The Court has reviewed Defendant's January 25, 2016 submission regarding RJR's objections to Plaintiff's exhibits to be proffered with Dr. Cummings. The Court rules as follows:

| Exhibit No. | Objection(s) | Court's Ruling |
|---|---|---|
| 35 | Relevance; Concert of Action Claim Dismissed (Ruling No. 13) | Sustained |
| 62 | | Sustained |
| 34 | Post-69 Advertising and Promotion (Ruling No. 64) | Sustained |
| 63 | | Sustained |
| 74 | | Sustained |

C 04-1221-PJH-JCS

| Exhibit No. | Objection(s) | Court's Ruling |
|---|---|---|
| 161 | | Sustained |
| 1496 | Relevance (non-party inquiry to RJR); Unfair Prejudice; Lack of Nexus | Overruled |
| 1787 | | Sustained |
| 2033 | | Sustained |
| 55 | Unfair Prejudice; Due Process (Right to Defend in Litigation); Ruling No. 28 | Sustained |
| 77 | | Sustained |
| 101 | | Sustained |
| 939 | Authenticity | Sustained |
| 81 | Relevance (non-party document authored by H&K); Unfair Prejudice | Sustained |
| 88 | | Sustained |
| 173 | | Sustained |
| 2150 | Relevance (internal non-party document authored by BAT); Unfair Prejudice; Design (Ruling Nos. 6, 74, 86) | Sustained |
| 85 | Hearsay within Hearsay; Unsegregated Aggregate Harm (Ruling Nos. 22, 68, 71) | Sustained |
| 87 | Relevance (internal non-party document authored by TI); Unfair Prejudice; Unsegregated Aggregate Harm (Ruling Nos. 22, 68, 71) | Sustained |
| 179 | | Sustained |
| 171 | Relevance (document authored by non-party to non-party); Unfair Prejudice; Unsegregated Aggregate Harm (Ruling Nos. 22, 68, 71) | Sustained |
| 184 | Hearsay within Hearsay; Unsegregated Aggregate Harm (Ruling Nos. 22, 68, 71); Evidence against non-party manufacturers | Sustained |

| Exhibit No. | Objection(s) | Court's Ruling |
|---|---|---|
| | (Ruling Nos. 22, 71) | |
| 212 ~~X~~ | Design (Ruling Nos. 6, 74, 86) | overruled |
| 214 | | sustained |
| 221 | | overruled |

**IT IS SO ORDERED**

Dated: January 25, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge