1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI POOSHS,<br><br>              Plaintiff,<br><br>    v.<br><br>ALTRIA GROUP, INC. *et al.*,<br><br>              Defendants. | Case No. C-04-1221 PJH-JCS<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S OBJECTIONS TO DEFENSE EXHIBITS TO BE PROFFERED WITH DR. CUMMINGS<br><br>Judge: The Hon. Phyllis J. Hamilton |

The Court has reviewed Plaintiff's January 25, 2016 submission regarding objections to Defendants' exhibits to be proffered with Dr. Cummings. The Court rules as follows:

| Exhibit No. | Plaintiff's Objection(s) | Defendants' Response | Court's Ruling |
|---|---|---|---|
| A-365 | IRRELEVANT, 403 | This is a report authored by the California Department of Public Health on Cigarettes and Health. This is directly relevant to public awareness of health risks of smoking. | overruled |

C 04-1221-PJH-JCS

| Exhibit No. | Plaintiff's Objection(s) | Defendants' Response | Court's Ruling |
|---|---|---|---|
| A-478 | IRRELEVANT, 403, UNDUE PREJUDICE | Plaintiff Nikki Pooshs testified that she actually saw this January 13, 1964 editorial cartoon regarding the Surgeon General's Report published in the *Oakland Tribune*. See 12/11/2006 Nikki Pooshs Trial Preservation Cross at 95:14-23. This is directly relevant to her awareness of the health risks of smoking. | overruled |
| B-321 | DESIGN, IRRELEVANT | Conditionally offered depending on the scope of Dr. Cummings' testimony. | overruled |
| B-430 | Hearsay | Not offered for truth of the matter asserted; offered for to show that a public speech was made by RJR employer and did not remain internal to the company | overruled |
| B-554 | IRRELEVANT, 403, ILLEGIBLE | Relevant to contextualize the Frank Statement that Plaintiff has already offered and elicited testimony. | sustained |
| B-557 | Violates pre-trial ruling #22; irrelevant; 403; Hearsay | This is a publicly available article on the health risks of smoking. Directly relevant to the pre-1969 failure to warn claim. | overruled |
| B-559 | IRRELEVANT, 403 | Relevant to contextualize the Frank Statement that Plaintiff has already offered and elicited testimony. | sustained |
| B-561 | IRRELEVANT, 403 | Relevant to RJR/PM's state of mind pre-1969. | overruled |

| Exhibit No. | Plaintiff's Objection(s) | Defendants' Response | Court's Ruling |
|---|---|---|---|
| B-563 | IRRELEVANT, MEDICAL TREATISE | Publicly available information concerning health risks of smoking pre-1969. | overruled |
| B-565 | | | overruled |
| B-567 | IRRELEVANT, 403, ILLEGIBLE | Conditionally offered depending on the scope of Dr. Cummings' testimony. | sustained |
| B-571 | IRRELEVANT, 403 | Plaintiff is permitted to show ads that are pre-1969. These ads are relevant to rebut Plaintiff's proffer. | not admissible but may be used as demonstratives |
| B-572 | | | |
| B-573 | | | |
| B-574 | | | |
| B-575 | IRRELEVANT, 403, MEDICAL TREATISE | Relevant to RJR/PM's state of mind pre-1969. | overruled |
| B-576 | IRRELEVANT, 403 | Plaintiff's exhibit 24 is a Flintstones advertising. If Plaintiff's 24 is admitted, these are relevant to rebut that advertisement. | approved if π's 24 is admitted |
| (B-578) not in binder | | | |
| B-580 | DESIGN, ILLEGIBLE | Conditionally offered depending on the scope of Dr. Cummings' testimony. | sustained |

**IT IS SO ORDERED**

Dated:  January 25, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge