UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIKKI POOSHS, | ) Case No. C 04-01221-PJH-JCS |
| Plaintiff, | ) ~~PROPOSED~~ ORDER RE: PAGELINE DESIGNATIONS AND OBJECTIONS [DR. FIGLAR] |
| vs. | ) |
| ALTRIA GROUP, INC., *et al.* | ) |
| Defendants. | ) Judge:   Honorable Phyllis J. Hamilton |

The Court has reviewed the parties January 21, 2015 Joint Submission regarding the page

and line designations, counter designations and objections to the deposition of Dr. James Figlar

taken on June 8, 2011 (Vol. I); June 9, 2011  (Vol. II); June 10, 2011 (Vol. III.); August 15, 2011

(Vol. VI.); and August 16, 2011 (Vol. VII.). The Courts rulings are as follows:

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/8/2011 (Vol. I) | |
| 8:10-12 | No objection | |
| 9:5-12 | No objection | |
| 15:6-19 | No objection | |
| 27:12-27:22 | No objection | |
| 27:23-29:2 | Asked and Answered (*See* 27:12—22); Misleading; Unfair Prejudice; Argumentative; Repetitive; Post-1987 | sustained |
| 29:5-30:16 | Asked and Answered (*See* 27:12—22); Misleading; Unfair Prejudice; Argumentative; Repetitive; Post-1987 | sustained |
| 35:23-36:1 | Beyond the scope; Vague; Ambiguous; Lack of Foundation; Argumentative; Speculative; Design Defect No Longer At Issue In This Case | overruled |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| **Dr. James Figlar, 6/8/2011, (Vol.1)** | | |
| 36:6-25 | Beyond the scope; Calls for Legal Conclusion; Vague; Ambiguous; Argumentative; Speculative; Unfair Prejudice and calculated to inflame jury; *Williams/State Farm* (Nexus/harm to others); Design Defect No Longer At Issue In This Case; Ammoniation/Additives | *overruled* |
| 39:4-16 | Beyond the scope; Calls for a legal conclusion; Vague, Ambiguous and overbroad; Argumentative; Unfair Prejudice; *Williams/State Farm* (Nexus/harm to others); Non-testimony material | *sustained* |
| 41:5-42:4 | No objection | |
| 42:6-12 | No objection | |
| 42:14-16 | No objection | |
| 42:19-43:23 | No objection | |
| 46:7-24 | No objection | |
| 48:1-51:12 | No objection | |
| 52:8-53:5 | No objection | |
| 55:25-56:6 | No objection | |
| 56:11 | No objection | |
| 56:13-18 | No objection | |
| 57:25-59:11 | No objection | |
| 59:21-61:11 | No objection | |
| 61:17-24 | No objection | |
| 62:8-20 | No objection | |
| 62:22-23 | No objection | |
| 62:25-63:13 | No objection | |
| 63:16-63:16 | No objection | |
| 63:18-63:18 | No objection | |
| 63:24-64:7 | No objection | |
| 65:5-66:3 | No objection | |
| 66:13-16 | No objection | |
| 67:7-17 | No objection | |
| 71:10-20 | No objection | |
| 73:7-11 | No objection | |
| 75:9-23 | No objection | |
| 76:1-15 | No objection | |
| 76:19-22 | No objection | |
| 76:24-77:5 | No objection | |
| 77:7-9 | No objection | |
| 77:11-78:8 | No objection | |
| 79:3-13 | No objection | |
| 80:11-12 | No objection | |
| 80:14-16 | No objection | |
| 80:19-81:14 | No objection | |
| 81:17-82:3 | No objection | |
| 82:5-11 | No objection | |
| 82:21-83:7 | No objection | |
| 84:13-25 | No objection | |
| 85:2-86:12 | No objection | |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 6/8/2011 (Vol. I) | | |
| 86:22-87:4 | No objection | |
| 88:6-89:22 | No objection | |
| 90:8-91:5 | No objection | |
| 91:24-92:2 | Asked and Answered (see 91:2-5); Irrelevant; Unfair Prejudice | sustained |
| 94:6-9 | Irrelevant; Unfair Prejudice; Williams/State Farm (nexus); Vague as to Time | sustained |
| 94:12-25 | Irrelevant; Unfair Prejudice; Williams/State Farm (nexus); Non-testimony material; Vague as to Time; Argumentative | sustained |
| 95:3-95:3 | Irrelevant; Unfair Prejudice; Williams/State Farm (nexus); Vague as to Time; Asked and Answered | sustained |
| 95:5-9 | Irrelevant; Unfair Prejudice; Williams/State Farm (nexus); Vague as to Time; Asked and Answered | sustained |
| 96:2-7 | Irrelevant; Unfair Prejudice; Post-1987 | sustained |
| 96:25-97:12 | No objection | |
| 97:22-98:12 | No objection | |
| 99:4-100:8 | No objection | |
| 100:10-16 | No objection | |
| 101:7-20 | No objection | |
| 102:1-103:17 | No objection | |
| 104:2-104:2 | No objection | |
| 104:6-104:6 | No objection | |
| 105:1-14 | No objection | |
| 105:17-21 | No objection | |
| 105:22-106:14 | No objection | |
| 107:15-18 | Irrelevant; Document speaks for itself; Mischaracterizes document; Unfair Prejudice; Design Defect No Longer At Issue In This Case; Asked and Answered | sustained |
| 107:21-108:2 | Irrelevant; Document speaks for itself; Mischaracterizes document; Unfair Prejudice; Design Defect No Longer At Issue In This Case; Asked and Answered | sustained |
| 108:4-108:4 | Irrelevant; Document speaks for itself; Mischaracterizes document; Unfair Prejudice; Design Defect No Longer At Issue In This Case; Asked and Answered | sustained |
| 108:7-16 | Irrelevant; Document speaks for itself; Mischaracterizes document; Unfair Prejudice; Design Defect No Longer At Issue In This Case; Asked and Answered | sustained |
| 108:19-109:4 | Irrelevant; Document speaks for itself; Mischaracterizes document; Unfair Prejudice; Design Defect No Longer At Issue In This Case; Asked and Answered | sustained |
| 109:6-20 | Irrelevant; Unfair Prejudice; Williams/State Farm; Design Defect No Longer At Issue In This Case; Asked and Answered | sustained |
| 110:15-112:5 | No objection | |

3

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| *Dr. James Figlar, 6/8/2011 (Vol. 1)* | | |
| 112:15-113:8 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Speculative | sustained |
| 113:11-114:21 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Document speaks for itself | sustained |
| 116:4-18 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative | sustained |
| 116:20-22 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative | sustained |
| 116:25-116:25 | Irrelevant; Incomplete Designation  ; Counsel testifying; Unfair Prejudice; *Williams/State Farm*; Cumulative; Asked and Answered | sustained |
| 117:2-3 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Asked and Answered | sustained |
| 122:22-123:5 | No objection | |
| 124:3-125:14 | No objection | |
| 126:4-129:10 | No objection | |
| 131:7-132:4 | No objection | |
| 139:5-14 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First amendment; Document speaks for itself; Hearsay; Bad conduct evidence | overruled |
| 139:16-141:11 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; First amendment; Hearsay; Bad conduct evidence | overruled |
| 141:17-142:25 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First amendment; Document speaks for itself; Hearsay; Bad conduct evidence | sustained |
| 143:21-24 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official | sustained |
| 144:4-5 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official from Reynolds | sustained |
| 144:7-9 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official from Reynolds | sustained |
| 144:11-21 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official from Reynolds | sustained |
| 145:8-11 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Misleading; Speculative; Lacks foundation; No high-ranking official from Reynolds | sustained |

4

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/8/2011 (Vol. 1) | |
| 145:13-14 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Lacks foundation; Bad conduct evidence; No high-ranking official from Reynolds | *sustained* |
| 145:19-24 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official from Reynolds | *sustained* |
| 146:3-148:1 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official from Reynolds | *sustained* |
| 148:4-5 | Authenticity (document not found in files); Exhibit not related to Defendant; Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Bad conduct evidence; No high-ranking official from Reynolds | *sustained* |
| 152:9-21 | Authenticity (not an RJR document); Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself | *sustained* |
| 153:4-154:8 | Authenticity (not an RJR document); Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself | *sustained* |
| 154:23-155:23 | Authenticity (not an RJR document); Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself | *sustained* |
| 156:2-17 | Authenticity (not an RJR document); Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself; Meaning or Intent of Company Documents | *sustained* |
| 156:19-22 | Irrelevant; Lack of Foundation; Misstates evidence; Misleading; Unfair Prejudice | *sustained* |
| 156:24-157:5 | Irrelevant; Lack of Foundation; Misstates evidence; Misleading; Unfair Prejudice | *sustained* |
| 158:7-17 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself | *sustained* |

5

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/8/2011 (Vol. 1) | |
| 158:20-159:3 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself | sustained |
| 159:14-159:24 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising; Freedom to Petition); Bad conduct evidence; Hearsay; Document speaks for itself | sustained |
| 159:25-162:3 | No objection | |
| 166:21-167:14 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising); Bad conduct evidence; Hearsay; Document speaks for itself | sustained |
| 169:24-171:19 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (Nexus), First Amendment (advertising); Bad conduct evidence; Hearsay; Document speaks for itself | sustained |
| 173:3-18 | Irrelevant; Unfair Prejudice; Foundation; *Williams/State Farm* (nexus) | sustained |
| 174:2-13 | Irrelevant; Unfair Prejudice; Foundation; *Williams/State Farm* (nexus); Speculative | sustained |
| 178:14-179:1 | Authenticity (not clean copy); Irrelevant; Unfair Prejudice; *Williams/State Farm*; First Amendment; Bad conduct evidence; Cumulative | sustained |
| 179:6-180:1 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm*; Bad conduct evidence; Hearsay; Hearsay within Hearsay; Unsegregated Aggregate Harm | sustained |
| 180:5-22 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm*; Bad conduct evidence; Document speaks for itself; Hearsay; Hearsay within Hearsay; Unsegregated Aggregate Harm | sustained |
| 187:18-24 | Irrelevant; Unfair Prejudice; Hearsay; Document speaks for itself; First Amendment (advertising; Freedom to Petition); *Williams/State Farm* (nexus); Unsegregated Aggregate Harm | sustained |
| 188:24-190:1 | Irrelevant; Unfair Prejudice; Hearsay; Document speaks for itself; First Amendment (advertising; Freedom to Petition); *Williams/State Farm* (nexus); Unsegregated Aggregate Harm | sustained |
| 190:8-191:5 | Irrelevant; Unfair Prejudice; Hearsay; Document speaks for itself; First Amendment (advertising; Freedom to Petition); Speculative; *Williams/State Farm* (nexus); Unsegregated Aggregate Harm; Meaning or Intent of Company Documents | sustained |
| 191:7-24 | Irrelevant; Unfair Prejudice; Mischaracterizes evidence; Argumentative; Counsel testifying; *Williams/State Farm* (Freedom to Petition); Speculative; Unsegregated Aggregate Harm; Meaning or Intent of Company Documents | sustained |

6

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | **Dr. James Figlar 6/8/2011 (Vol. 1)** | |
| 192:12-15 | Irrelevant; Unfair Prejudice; Mischaracterizes evidence; Argumentative; Counsel testifying; *Williams/State Farm* (Freedom to Petition); Unsegregated Aggregate Harm | Sustained |
| 192:17-23 | Irrelevant; Unfair Prejudice; Mischaracterizes evidence; Argumentative; Counsel testifying; *Williams/State Farm* (Freedom to Petition); Unsegregated Aggregate Harm | Sustained |
| 192:25-193:10 | Irrelevant; Unfair Prejudice; Mischaracterizes evidence; Argumentative; Counsel testifying; *Williams/State Farm* (Freedom to Petition); Unsegregated Aggregate Harm | Sustained |
| 193:23-194:1 | Irrelevant; Unfair Prejudice; Mischaracterizes evidence; Argumentative; Counsel testifying; *Williams/State Farm* (Freedom to Petition); Unsegregated Aggregate Harm | Sustained |
| 195:5-18 | Irrelevant; Unfair Prejudice; Counsel testifying; Argumentative; *Williams/State Farm* (nexus) | Sustained |
| 195:20-196:6 | Irrelevant; Unfair Prejudice; Counsel testifying; Argumentative; *Williams/State Farm* (nexus); Unsegregated Aggregate Harm | Sustained |
| 217:18-218:13 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (nexus); Bad conduce evidence; Unsegregated Aggregate Harm | Sustained |
| 219:6-221:4 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (nexus); Counsel testifying; Document speaks for itself; Unsegregated Aggregate Harm | Sustained |
| 221:7-8 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (nexus); Counsel testifying; Document speaks for itself; Unsegregated Aggregate Harm | Sustained |
| 221:10-14 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm* (nexus); Counsel testifying; Document speaks for itself; Unsegregated Aggregate Harm | Sustained |
| 228:21-230:6 | Cumulative; Irrelevant; Unfair Prejudice; *Williams/State Farm*, Bad conduct evidence; Meaning or Intent of Company Documents; Unsegregated Aggregate Harm | Sustained |
| 231:10-19 | Cumulative; Irrelevant; Unfair Prejudice; *Williams/State Farm*, Bad conduct evidence; Unsegregated Aggregate Harm | Sustained |
| 231:21-232:14 | Cumulative; Irrelevant; Unfair Prejudice; *Williams/State Farm*, Bad conduct evidence; Post-1987; Unsegregated Aggregate Harm | Sustained |
| 232:16-19 | Cumulative; Irrelevant; Unfair Prejudice; *Williams/State Farm*, Bad conduct evidence; Post-1987; Unsegregated Aggregate Harm | Sustained |
| 232:21-23 | Cumulative; Irrelevant; Unfair Prejudice; | Sustained |

7

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | *Dr. James Figlar, 6/8/2011 (Vol 1)* | |
| | *Williams/State Farm*, Bad conduct evidence; Post-1987; Unsegregated Aggregate Harm | Sustained |
| 262:19-24 | Vague; Counsel testifying; Irrelevant; Unfair Prejudice; Argumentative; Unsegregated Aggregate Harm; Meaning or Intent of Company Documents | Sustained |
| 263:7-264:17 | Vague; Counsel testifying; Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); Post-1987; Unsegregated Aggregate Harm | Sustained |
| 264:20-264:20 | Vague; Counsel testifying; Irrelevant; Unfair Prejudice; Argumentative; Express Preemption (Post-July 1, 1969); Post-1987; Unsegregated Aggregate Harm | Sustained |
| 264:23-266:21 | Vague; Counsel testifying; Irrelevant; Unfair Prejudice; Argumentative; Vague; Express Preemption (Post-July 1, 1969), Post-1987; Unsegregated Aggregate Harm | Sustained |
| 266:24-267:9 | Vague; Counsel testifying; Irrelevant; Unfair Prejudice; Argumentative; Unsegregated Aggregate Harm | Sustained |
| 267:13-17 | Beyond the scope; Vague; Ambiguous; Speculative; Argumentative; Unfair Prejudice; Unsegregated Aggregate Harm | Sustained |
| 267:19-268:22 | Beyond the scope; Vague; Ambiguous; Speculative; Argumentative; Unfair Prejudice; *Williams/State Farm* (nexus), Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | Sustained |
| 268:25-269:4 | Beyond the scope; Vague; Ambiguous; Speculative; Argumentative; Unfair Prejudice; *Williams/State Farm* (nexus), Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | Sustained |
| 269:17-22 | Beyond the scope; Vague; Ambiguous; Speculative; Argumentative; Unfair Prejudice; *Williams/State Farm* (nexus), Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | Sustained |
| 269:24-270:5 | Beyond the scope; Vague; Ambiguous; Speculative; Argumentative; Unfair Prejudice; *Williams/State Farm* (nexus), Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | Sustained |
| 271:7-272:13 | No objection | |
| 273:2-5 | No objection | |
| 273:7-9 | No objection | |
| 273:18-20 | No objection | |
| 273:22-274:18 | No objection | |
| 275:15-276:22 | No objection | |
| 277:21-278:6 | No objection | |
| 278:8-25 | No objection | |
| 279:3-12 | No objection | |
| 279:14-280:13 | No objection | |
| 280:15-21 | No objection | |

8

| Defendants' Counter Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 6/8/2011 (Vol. 1) | | |
| 15:20-16:3 | No Objection | |
| 69:19-70:16 | No Objection | |
| 70:18-70:22 | No Objection | |
| 100:17-101:6 | No Objection | |
| 129:11-130:3 | No Objection | |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 6/9/2011 (Vol. 2) | | |
| 297:11-23 | Irrelevant; Unfair Prejudice; Williams/State Farm (Nexus); Bad conduct evidence; Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | Sustained |
| 299:24-301:23 | Irrelevant; Lack of Foundation; Hearsay; Document speaks for itself; Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | Sustained |
| 302:21-303:13 | Irrelevant; Unfair Prejudice; Lack of Foundation; Design Defect No Longer At Issue In This Case | Overruled |
| 303:21-304:2 | Irrelevant; Lack of Foundation; Argumentative; Document speaks for itself; Misleading; Mischaracterizes evidence; Design Defect No Longer At Issue In This Case | Sustained |
| 304:4-10 | Irrelevant; Lack of Foundation; Argumentative; Document speaks for itself; Misleading; Mischaracterizes evidence; Design Defect No Longer At Issue In This Case | Sustained |
| 304:12-13 | Irrelevant; Lack of Foundation; Argumentative; Document speaks for itself; Misleading; Mischaracterizes evidence; Design Defect No Longer At Issue In This Case | Sustained |
| 306:14-16 | No objection | |
| 307:10-20 | No objection | |
| 309:9-14 | No objection | |
| 309:22-310:5 | No objection | |
| 310:7-9 (beginning at "R.J. Reynolds") | Irrelevant; Unfair Prejudice; Asked and Answered (see 309:22-310:5) | Sustained |
| 310:11-14 | Irrelevant; Unfair Prejudice; Asked and Answered (see 309:22-310:5) | Sustained |
| 310:25-311:2 | Irrelevant; Unfair Prejudice; Asked and Answered (see 309:22-310:5) | Sustained |
| 311:4-6 | Irrelevant; Unfair Prejudice; Asked and Answered | Sustained |

9

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 6/9/2011 (Vol. 2) | | |
| | (see 309:22-310:5) | |
| 325:21-326:6 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (nexus); No high-ranking official from Reynolds; | *sustained* |
| 326:8-327:21 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (nexus); No high-ranking official from Reynolds; Non-testimony material; Foundation; Speculative; Counsel testifying | *sustained* |
| 329:15-330:12 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (nexus); No high-ranking official from Reynolds; Foundation; Speculative; Unsegregated Aggregate Harm | *sustained* |
| 330:15-24 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (nexus); No high-ranking official from Reynolds; Foundation; Speculative | *sustained* |
| 333:6-13 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (nexus); Express Preemption (Post-July 1, 1969) | *sustained* |
| 334:22-335:12 | Argumentative; Lack of Foundation; Irrelevant; Unfair Prejudice; Express Preemption (Post-July 1, 1969) | *sustained* |
| 335:14-336:8 | Argumentative; Lack of Foundation; Irrelevant; Unfair Prejudice; Express Preemption (Post-July 1, 1969); Unsegregated Aggregate Harm | *sustained* |
| 336:10-16 | Beyond the scope; Counsel testifying; Speculative; Argumentative; Lack of Foundation; Irrelevant; Unfair Prejudice; Express Preemption (Post-July 1, 1969) | *sustained* |
| 336:19-337:4 | Beyond the scope; Counsel testifying; Speculative; Argumentative; Lack of Foundation; Irrelevant; Unfair Prejudice; Express Preemption (Post-July 1, 1969); Unsegregated Aggregate Harm | *sustained* |
| 337:6-338:2 | Argumentative; Lack of Foundation; Irrelevant; Unfair Prejudice; Express Preemption (Post-July 1, 1969); Unsegregated Aggregate Harm | *sustained* |
| 341:8-12 | Asked and Answered | |
| 341:16-19 | Asked and Answered | |
| 341:21-22 | Asked and Answered | |
| 355:25-356:14 | Counsel Commentary; Cumulative; Misstates evidence; Mischaracterizes Witness Testimony; Argumentative; Irrelevant; Unfair Prejudice; Bad conduct evidence; Lack of Foundation; Post-1987; Unsegregated Aggregate Harm | *sustained* |
| 356:17-357:3 | Misstates evidence; Mischaracterizes Witness Testimony; Argumentative; Irrelevant; Unfair Prejudice; Bad conduct evidence; Lack of Foundation | *sustained* |
| 361:24-362:4 | Speculative; Irrelevant; Unfair Prejudice; Bad conduct evidence | *sustained* |
| 365:19-366:16 | Speculative; Irrelevant; Unfair Prejudice; Bad conduct evidence; Design Defect No Longer At Issue In This Case; Unsegregated Aggregate Harm | *overruled* |
| 366:18-20 | Speculative; Irrelevant; Unfair Prejudice; Bad | *overruled* |

10

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/9/2011 (Vol. 2) | |
| | conduct evidence; Design Defect No Longer At Issue In This Case | |
| 367:13-370:14 | Irrelevant; Unfair Prejudice; Bad conduct evidence; Cumulative; Hearsay; Document speaks for itself; Argumentative; *Williams/State Farm* (Nexus); Express Preemption (Post-July 1, 1969); Unsegregated Aggregate Harm | Sustained |
| 372:19-373:14 | Irrelevant; Unfair Prejudice; Bad conduct evidence; Cumulative; Hearsay; Document speaks for itself; Argumentative; *Williams/State Farm* (Nexus); Express Preemption (Post-July 1, 1969) | Sustained |
| 373:16-374:16 | Irrelevant; Unfair Prejudice; Bad conduct evidence; Cumulative; Hearsay; Document speaks for itself; Argumentative; *Williams/State Farm* (Nexus); Express Preemption (Post-July 1, 1969) | Sustained |
| 374:18-377:2 | Improper designation | Sustained |
| 377:14-23 | Irrelevant; Unfair Prejudice; Beyond the scope; Document speaks for itself; Bad conduct evidence; Express Preemption (Post-July 1, 1969); Unsegregated Aggregate Harm; | Sustained |
| 378:1-3 | Irrelevant; Unfair Prejudice; Beyond the scope; Document speaks for itself; Bad conduct evidence; Express Preemption (Post-July 1, 1969); | Sustained |
| 378:6-21 | Misstates and mischaracterizes evidence; Argumentative; Irrelevant; Unfair Prejudice; Hearsay; Document speaks for itself; Incomplete Designation ; Express Preemption (Post-July 1, 1969) | Sustained |
| 378:23-379:24 | Lack of Foundation; Irrelevant; Unfair Prejudice; Express Preemption (Post-July 1, 1969); Unsegregated Aggregate Harm | Sustained |
| 385:14-18 | No objection | |
| 388:18-389:16 | No objection | |
| 391:1-11 | Irrelevant; Cumulative; Asked and Answered (see 24:9-13); Unfair Prejudice | Sustained |
| 391:23-393:20 | Irrelevant; Unfair Prejudice; *Williams/State Farm* (Nexus); First Amendment (advertising; Freedom to Petition); Document speaks for itself; Bad conduct evidence; Unsegregated Aggregate Harm | Sustained |
| 397:20-398:11 | Irrelevant; Unfair Prejudice; First Amendment (advertising); Bad conduct evidence; Document speaks for itself; Express Preemption (Post-July 1, 1969) | Sustained |
| 400:9-401:7 (beginning at "It was") | Cumulative; Irrelevant; Unfair Prejudice; First amendment (advertising); Speculative; Express Preemption (Post-July 1, 1969); Meaning or Intent of Company Documents | Sustained |
| 406:20-407:20 | Irrelevant; Cumulative; Vague; Misleading; Unfair Prejudice; Speculative | Sustained |
| 425:13-25 | No objection | |
| 426:5-17 | No objection | |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/9/2011 (Vol. 2) | |
| 427:11-429:5 | No objection | |
| 430:24-431:11 | No objection | |
| 432:11-433:15 | No objection | |
| 437:18-437:24 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Argumentative; Outside Scope; Express Preemption (Post-July 1, 1969); Design Defect No Longer At Issue In This Case; Non-Lung Cancer Conditions (Addiction) | overruled |
| 437:25-438:10 | No objection | |

| Defendants' Counter Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/9/2011 (Vol. 2) | |
| 439:23-440:9 | No objection | |
| 442:5-442:25 | No objection. | |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 6/10/2011 (Vol. 3) | |
| 612:7-613:6 | Beyond the scope; Irrelevant; Unfair Prejudice; Confusion; Speculative; Unsegregated Aggregate Harm | overruled |
| 613:8-13 | Beyond the scope; Irrelevant; Unfair Prejudice; Confusion; Speculative; Incomplete Designation ; Unsegregated Aggregate Harm | overruled |
| 613:15-17 | Beyond the scope; Irrelevant; Unfair Prejudice | sustained |
| 614:13-615:11 | Beyond the scope; Irrelevant; Unfair Prejudice; Unsegregated Aggregate Harm | sustained |
| 624:8-22 | Irrelevant; Unfair Prejudice; Document speaks for itself; No high-ranking official from Reynolds; Cumulative; Unsegregated Aggregate Harm | sustained |
| 625:1-15 | Irrelevant; Unfair Prejudice; Document speaks for itself; No high-ranking official from Reynolds; Cumulative; Incomplete Designation ; Unsegregated Aggregate Harm | sustained |
| 630:24-631:15 | Irrelevant; Unfair Prejudice; First Amendment; Document speaks for itself; Asked and Answered (see 629:03-630:01); Cumulative; Unsegregated Aggregate Harm | sustained |
| 633:12-634:22 | Irrelevant; Unfair Prejudice; First Amendment; Document speaks for itself; Asked and Answered (see 629:03-630:01); Cumulative; Unsegregated Aggregate Harm | sustained |
| 657:20-661:4 | Irrelevant; Unfair Prejudice; Speculative; Vague; Calls for Legal Conclusion; Beyond the scope; Express Preemption; Cumulative; Unsegregated | sustained |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | **Dr. James Figlar, 6/10/2011 (Vol. 3)** | |
| | Aggregate Harm | |
| 661:9-25 | Irrelevant; Unfair Prejudice; Beyond the scope; Unsegregated Aggregate Harm | sustained |
| 662:8-14 | Irrelevant; Unfair Prejudice; Beyond the scope; Speculative; Cumulative; Unsegregated Aggregate Harm | Sustained |
| 664:5-8 | Irrelevant; Unfair Prejudice; Vague; Beyond the scope; Unsegregated Aggregate Harm | Sustained |
| 677:15-24 | Irrelevant; Unfair Prejudice; First Amendment (advertising); Document speaks for itself; Calls for a legal conclusion | Sustained |
| 709:4-13 | Irrelevant; Unfair Prejudice; Vague; Beyond the scope; Cumulative; Asked and Answered | Sustained |
| 711:17-20 | Irrelevant; Unfair Prejudice; Vague; Beyond the scope; Cumulative; Asked and Answered | Sustained |
| 711:23-24 | Irrelevant; Unfair Prejudice; Beyond the scope; Cumulative; Asked and Answered | Sustained |
| 720:20-721:15 | No objection | |
| 733:13-736:5 | Irrelevant; Unfair Prejudice; Confusion; Inflame; Foundation; Document speaks for itself | Sustained |
| 736:13-737:7 | Irrelevant; Unfair Prejudice; Confusion; Inflame; Foundation; Document speaks for itself; Vague | Sustained |
| 738:10-16 | Irrelevant; Unfair Prejudice; Confusion; Inflame; Foundation; Calls for Legal Conclusion; Cumulative; Speculative; Meaning or Intent of Company Documents | sustained |
| 739:1-10 | Irrelevant; Unfair Prejudice; Confusion; Vague; Inflame; Foundation; Calls for Legal Conclusion; Cumulative | Sustained |
| 739:24-740:14 | Irrelevant; Unfair Prejudice; Foundation; Document speaks for itself | Sustained |
| 741:3-18 | Irrelevant; Unfair Prejudice; Foundation; Document speaks for itself; | Sustained |
| 741:19-22 | Improper Designation | Sustained |
| 741:24-742:5 | Irrelevant; Unfair Prejudice; Foundation; Document speaks for itself; | Sustained |
| 743:4-745:22 | Irrelevant; Unfair Prejudice; Foundation; Document speaks for itself; Meaning or Intent of Company Documents | sustained |

13

| Defendants' Counter Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 8/15/2011 (Vol. 6) | |
| 1308:15-1309:20 | No Objection | |
| 1311:9-1314:6 | No Objection | |
| 1314:12-1314:19 | No Objection | |
| 1315:1-1315:9 | No Objection | |
| 1315:18-1316:5 | No Objection | |
| 1316:7-1316:19 | No Objection | |
| 1316:21-1317:5 | No Objection | |
| 1320:2-1320:25 | Irrelevant, unfairly prejudicial (403) | overruled |
| 1321:3-1321:17 | Irrelevant, vague, ambiguous, post-1987 evidence, lacking in foundation, unfairly prejudicial (403) | sustained |
| 1321:19-1322:14 | Irrelevant, vague, ambiguous, post-1987 evidence, lacking in foundation, unfairly prejudicial (403) | sustained |
| 1322:16-1322:23 | Irrelevant, vague, ambiguous, post-1987 evidence, lacking in foundation, unfairly prejudicial (403) | sustained |
| 1324:7-1324:10 | Irrelevant, vague, ambiguous, post-1987 evidence, lacking in foundation, unfairly prejudicial (403) | sustained |
| 1324:12-1324:12 | Irrelevant, vague, ambiguous, post-1987 evidence, lacking in foundation, unfairly prejudicial (403) | sustained |
| 1325:3-1325:5 | Irrelevant, post-1987 evidence, unfairly prejudicial (403) | sustained |
| 1325:7-1325:17 | Irrelevant, post-1987 evidence, unfairly prejudicial (403) | sustained |
| 1325:19-1325:21 | Irrelevant, post-1987 evidence, unfairly prejudicial (403) | sustained |
| 1326:2-1326:6 | Irrelevant, post-1987 evidence, unfairly prejudicial (403) | sustained |
| 1326:9-1326:9 | Irrelevant, post-1987 evidence, unfairly prejudicial (403) | sustained |
| 1326:11-1326:14 | Irrelevant, post-1987 evidence, unfairly prejudicial (403) | sustained |
| 1356:23-1357:1 | Vague, ambiguous, irrelevant, unfairly prejudicial (403), post-1987 evidence. | overruled |
| 1357:3-1357:4 | Vague, ambiguous, irrelevant, unfairly prejudicial (403), post-1987 evidence. | overruled |
| 1357:17-1357:20 | Design evidence, irrelevant, unfairly prejudicial (403) | sustained |
| 1357:22-1358:17 | Design evidence, irrelevant, unfairly prejudicial (403) | sustained |
| 1358:19-1359:24 | No Objection | |
| 1360:1-1360:9 | No Objection | |
| 1360:11-1360:25 | No Objection | |
| 1361:8-1362:23 | No Objection | |
| 1363:2-1363:4 | No Objection | |
| 1363:6-1363:13 | No Objection | |
| 1370:22-1371:1 | No Objection | |
| 1371:3-1371:20 | No Objection | |
| 1371:22-1372:1 | No Objection | |
| 1376:16-1376:21 | No Objection | |

14

| Defendants'<br>Counter<br>Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 8/15/2011 (Vol. 6) | | |
| 1377:11-1377:17 | No Objection | |
| 1378:3-1378:6 | No Objection | |
| 1378:8-1378:9 | No Objection | |
| 1378:11-1379:14 | No Objection | |
| 1379:16-1380:4 | No Objection | |
| 1380:6-1380:11 | No Objection | |
| 1380:13-1380:13 | No Objection | |
| 1383:15-1384:7 | No Objection | |
| 1384:9-1384:16 | No Objection | |
| 1384:18-1385:4 | No Objection | |
| 1385:6-1386:6 | No Objection | |
| 1386:8-1386:14 | No Objection | |
| 1386:16-1386:25 | No Objection | |
| 1387:2-1387:17 | No Objection | |
| 1387:19-1387:23 | No Objection | |
| 1388:15-1388:19 | No Objection | |
| 1388:23-1389:9 | No Objection | |
| 1389:10-1389:25 | No Objection | |
| 1390:10-1390:13 | No Objection | |
| 1390:15-1391:4 | No Objection | |
| 1391:6-1391:23 | No Objection | |
| 1391:25-1391:25 | No Objection | |
| 1392:2-1392:3 | No Objection | |
| 1392:5-1392:22 | No Objection | |
| 1392:24-1393:7 | No Objection | |
| 1393:9-1393:15 | No Objection | |
| 1393:17-1393:24 | No Objection | |
| 1394:1-1394:8 | No Objection | |
| 1394:10-1394:14 | No Objection | |
| 1394:16-1395:5 | No Objection | |
| 1395:7-1395:16 | No Objection | |
| 1395:18-1395:18 | No Objection | |
| 1463:3-1463:22 | No Objection | |
| 1463:24-1463:24 | No Objection | |
| 1465:5-1465:6 | No Objection | |
| 1465:9-1465:25 | No Objection | |
| 1466:3-1466:3 | No Objection | |
| 1466:5-1466:25 | No Objection | |
| 1467:3-1467:4 | No Objection | |
| 1467:6-1467:10 | No Objection | |
| 1467:12-1467:23 | No Objection | |
| 1467:25-1468:1 | No Objection | |
| 1468:3-1469:13 | No Objection | |
| 1469:15-1469:20 | No Objection | |
| 1469:22-1469:23 | No Objection | |
| 1469:25-1470:2 | No Objection | |
| 1470:4-1470:5 | No Objection | |

15

| Defendants' Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 8/15/2011 (Vol. 6) | | |
| 1473:21-1474:1 | No Objection | |
| 1474:3-1474:9 | No Objection | |
| 1474:11-1475:12 | No Objection | |
| 1475:14-1476:12 | No Objection | |
| 1476:14-1477:22 | No Objection | |
| 1478:3-1479:2 | No Objection | |
| 1479:4-1479:14 | No Objection | |
| 1525:2-1526:3 | No Objection | |
| 1526:11-1526:13 | No Objection | |
| 1526:15-1526:19 | No Objection | |
| 1526:21-1527:6 | No Objection | |
| 1527:9-1528:4 | No Objection | |
| 1528:6-1528:21 | No Objection | |
| 1528:23-1529:14 | No Objection | |
| 1529:16-1530:8 | No Objection | |
| 1530:10-1530:14 | No Objection | |

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| Dr. James Figlar, 8/16/2011 (Vol. 7) | | |
| 1643:13-1645:15 | Irrelevant; Unfair Prejudice; Cumulative; Speculative; Leading; Mischaracterizes Witness Testimony; Argumentative | overruled |
| 1646:15-25 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Mischaracterizes Witness Testimony; Argumentative | overruled |
| 1647:02-1648:16 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Mischaracterizes Witness Testimony; Argumentative | overruled |
| 1648:18-24 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Mischaracterizes Witness Testimony; Argumentative | overruled |
| 1649:01-1649:01 | Irrelevant; Unfair Prejudice; *Williams/State Farm*; Cumulative; Mischaracterizes Witness Testimony; Argumentative; | overruled |
| 1651:09-19 | Irrelevant; Unfair Prejudice; Hearsay; *Williams/State Farm*; Cumulative; Mischaracterizes Witness Testimony; Argumentative; Unsegregated Aggregate Harm | overruled |
| 1674:21-1675:14 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm*; Argumentative; Asked and Answered; First Amendment; Vague | overruled |
| 1675:16-17 | Irrelevant; Unfair Prejudice; Cumulative; *Williams/State Farm*; Argumentative; Asked and Answered; First Amendment; Vague | overruled |
| 1702:2-1703:5 | Irrelevant; Unfair Prejudice; First Amendment; Express Preemption (Post-July 1, 1969) | sustained |
| 1703:7-1704:6 | Irrelevant; Unfair Prejudice; First Amendment; | sustained |

16

| Testimony | Defendant's Objections | Court's Ruling |
|---|---|---|
| | Dr. James Figlar, 8/16/2011i (Vol. 7) | |
| | Express Preemption (Post-July 1, 1969) | |
| 1704:8-1705:8 | Irrelevant; Unfair Prejudice; First Amendment; Express Preemption (Post-July 1, 1969) | sustained |
| 1709:20-1710:13 | Irrelevant, Unfair Prejudice; Cumulative | sustained |

**IT IS SO ORDERED.**

Dated: January  28 , 2016.

PHYLLIS J. HAMILTON
United States District Judge

17