UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI POOSHS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALTRIA GROUP, INC. *et al.*,<br><br>　　　　Defendants. | Case No. C-04-1221 PJH-JCS<br><br>**ORDER RE: PAGE/LINE DESIGNATIONS AND OBJECTIONS OF FACT WITNESS LINCOLN MINTZ**<br><br>Judge: The Hon. Phyllis J. Hamilton |

The Court has reviewed the Parties February 1, 2016 Joint Submission regarding page and line objections to the deposition of fact witness Lincoln Mintz taken on January 29, 2008. The Court rules as follows:

| Defendants' Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| *Lincoln Mintz,\* 1/29/2008 (Vol. 1)* *\*Plaintiff's Former Spouse (1962-1982)* | | |
| 6:16-6:25 | No Objection | |
| 15:6-15:14 | No Objection | |
| 15:23-16:1 | No Objection | |
| 32:22-34:12 | Irrelevant; 403 | Overruled |
| 35:8-35:9 | Vague as to time. | Overruled |

C 04-1221-PJH-JCS

| Defendants' Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| Lincoln Mintz,* 1/29/2008 (Vol. 1) *Plaintiff's Former Spouse (1962-1982) | | |
| 35:12-35:20 | Vague as to time. | overruled |
| 36:24-37:6 | Lacks foundation; Vague as to time; irrelevant; 403. | overruled |
| 75:3-75:5 | No Objection | |
| 75:25-76:6 | No Objection | |
| 79:7-10 | No Objection | |
| 80:20-81:19 | 403; hearsay; calls for speculation. Mr. Mintz does not know substance of discussion or even if it happened. | overruled |
| 81:21-82:7 | 403; hearsay; calls for speculation. Mr. Mintz does not know substance of discussion or even if it happened. | overruled |
| 82:12-83:1 | Misleading; Mr. Mintz did not recall if the conversation ever actually happened with Nikki. He is talking about a conversation he had with a third party; Hearsay; Irrelevant. | overruled |
| 85:17-85:18 | Hearsay; irrelevant; 403 | overruled |
| 85:20-86:11 | Hearsay; irrelevant; 403 | overruled |
| 95:18-97:18 | No Objection. | |
| 99:9-100:4 | No Objection | |
| 101:20-103:3 | No Objection | |
| 109:4-109:7 | Calls for speculation as to what someone else could do to help Nikki quit smoking | sustained |
| 109:10-109:11 | Calls for speculation as to what someone else could do to help Nikki quit smoking | sustained |
| 113:4-113:18 | No objection | |
| 122:23-124:18 | Hearsay, statement of a third party; irrelevant in that it is a regarding a disease other than Lung Cancer; Finally, it is vague as to time. | overruled |

| Plaintiff's Counter Designations | Defendants' Objections | Court's Ruling |
|---|---|---|
| *Lincoln Mintz,* 1/29/2008 (Vol. 1) *Plaintiff's Former Spouse (1962-1982)* | | |
| 34:20-35:1 | No objection | |
| 36:9-23 | No objection | |
| 37:16-38:2 | No objection | |
| 38:7-9 | No objection | |
| 38:11-12 | No objection | |
| 38:14-18 | No objection | |
| 39:16-40:18 | No objection | |
| 71:22-72:7 | No objection | |
| 76:7-13 | Irrelevant; Unfair Prejudice | overruled |
| 82:9-11 (if Court allows in Defense designation of 81:21-82:7) | No objection | |
| 83:2-4 (if Court allows in Defense designation of 82:12-83:1) | No objection | |
| 88:11-15 | Vague | |
| 100:5-7 | No objection | |
| 103:1-3 | No objection | |
| 103:4-13 | No objection | |
| 105:21-2 | Incomplete Designation; Irrelevant; Unfair Prejudice | overruled |
| 111:2-18 | Irrelevant | overruled |
| 111:12-112:4 | Vague; Ambiguous; Irrelevant | overruled |
| 112:7-12 | Vague; Nonresponsive; Irrelevant | overruled |
| 119:8-13 | Irrelevant | overruled |
| 124;19-21; 124:24-125:3; 125:5-8 (if court | Irrelevant; Unfair Prejudice; Nonresponsive | overruled |

| Plaintiff's Counter Designations | Defendants' Objections | Court's Ruling |
|---|---|---|
| Lincoln Mintz,* 1/29/2008 (Vol. 1) *Plaintiff's Former Spouse (1962-1982) | | |
| allows 122:23-124:18) | | |
| 127:16-25 | Irrelevant | overruled |
| 128:2-128:16 | Nonresponsive (128:2-4); Irrelevant | overruled |
| 128:15-16 | Irrelevant; Vague | overruled |
| 128:18 | Irrelevant; Vague | overruled |
| 128:20-25 | Irrelevant; Express Preemption | overruled |
| 129:2 | Irrelevant; Express Preemption | overruled |
| 129:3-7 | Cumulative (see 128:15-129:2); Irrelevant; Express Preemption | overruled |
| 132:5-6 | Irrelevant; Unfair Prejudice | overruled |
| 132:8-21 | Irrelevant; Unfair Prejudice | overruled |
| 140:4-140:11 | No objection | |
| 163:15-164:1 | No objection | |

**IT IS SO ORDERED**

Dated: February 2, 2016

PHYLLIS J. HAMILTON
United States District Judge